1 | Gary A. Meyer SBN 94144
2 | Pedram Mazgani SBN 204808
  | PARKER, MILLIKEN, CLARK,
3 | O'HARA & SAMUELIAN
  | A Professional Corporation
4 | 555 S. Flower St., 30th Floor
  | Los Angeles, California 90071-2440
5 | Telephone:  (213) 683-6500
  | Facsimile:   (213) 683-6669
6 | gmeyer@pmcos.com
  | pmazgani@pmcos.com

7 | Attorneys for Defendant, Counter-
  | Claimant, Cross-Claimant, Cross-
8 | Defendant, Counter-Defendant and
  | Third-Party Plaintiff Occidental
9 | Chemical Corporation, a New York
  | Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| L.A. TERMINALS, INC., a California corporation, | Case No. 2:18-cv-06754-MWF (PVCx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR LEAVE TO TAKE THE DEPOSITION OF JOSEPH E. ODENCRANTZ, PH.D., AFTER THE EXPERT DISCOVERY CUT-OFF** |
| v. | |
| CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | Courtroom: 5A (First Street Courthouse)<br>Judge:    Hon. Michael W. Fitzgerald<br><br>Date Filed: August 6, 2018<br>Trial Date: March 14, 2023 |
| Defendants. | |
| AND RELATED CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

1    This Stipulation is made and entered into by and between L.A. Terminals,
2  Inc. ("LAT"), Occidental Chemical Corporation ("Occidental"), City of Los
3  Angeles ("City"), Union Pacific Railroad Company ("Union Pacific"), Phillips 66
4  Company ("Phillips 66"), Union Oil Company of California ("Union Oil"),
5  Olympic Chemical Corporation ("Olympic"), Wausau General Insurance Company,
6  intervening on behalf of Defendant Ash-Cross Evans Corporation ("Wausau"), and
7  Soco West, Inc. ("Soco West") (collectively the "Parties") to jointly seek an order
8  allowing the Parties to complete the deposition of Occidental's expert witness,
9  Joseph E. Odencrantz, Ph.D. ("Dr. Odencrantz") after the expert discovery cut-off
10 in this action.
11   WHEREAS, on February 27, 2020, this Court issued an Order Re Jury Trial
12 I. Order Re Deadlines II. Order Re Trial Preparation III. Order Governing Conduct
13 Of Attorneys And Parties ("Order re Jury Trial"), which set an expert discovery
14 cut-off of September 30, 2022 (Dkt. 291);
15   WHEREAS, the Parties have diligently conducted expert discovery in this
16 action, including over 20 days of expert depositions expected to be completed
17 through the end of this month;
18   WHEREAS, the deposition of Dr. Odencrantz commenced on August 10,
19 2022;
20   WHEREAS, by agreement of the Parties, the deposition of Dr. Odencrantz
21 was scheduled to continue on August 29, 2022, but was later scheduled to continue
22 on September 27, 2022, due to the deponent's illness;
23   WHEREAS, Dr. Odencrantz was recently diagnosed with an Epstein-Barr
24 viral infection, has been ordered to rest under the supervision of his treating
25 physician, and is unable to appear for a deposition prior to the September 30, 2022,
26 expert discovery cut-ff. *See,* attached Declaration of Dr. Caroline Hwang, MD,
27 MMM, attached hereto as Exhibit A;
28   WHEREAS, all of the Parties to this action have expressed a willingness to

1  postpone the deposition of Dr. Odencrantz until after the expert discovery cut-off of
2  September 30, 2022, and until such time that Dr. Odencrantz is physically fit to
3  complete his deposition, and an additional thirty (30) days thereafter to address any
4  discovery disputes that may arise in connection with Dr. Odencrantz's deposition;

5    WHEREAS, based on the number and complexity of opinions and issues,
6  and the number of parties in this action, the Parties currently anticipate that it will
7  take two more days to complete the deposition of Dr. Odencrantz;

8    WHEREAS, the Parties further agreed to extend by stipulation the period of
9  time Dr. Odencrantz has to review and make corrections to volume 1 of his
10 deposition transcript by an additional thirty (30) days;

11   WHEREAS, the Parties agree to work in good faith to complete Dr.
12 Odencrantz's deposition by the end of October, 2022, Dr. Odencrantz's health
13 permitting, and are hereby agreeing to extend the expert discovery cut-off deadline
14 until October 31, 2022 to complete Dr. Odencrantz's deposition, and by an
15 additional thirty (30) days thereafter to resolve any discovery disputes related
16 thereto;

17   WHEREAS, completing Dr. Odencrantz's deposition after the expert
18 discovery cut-off will not necessitate the continuance of any other pre-trial or trial
19 deadlines in the Court's Order re Jury Trial;

20   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by
21 and between the Parties, through the undersigned counsel, as follows:

22   1.   The continued deposition of Occidental Chemical Corporation's expert
23        witness, Joseph E. Odencrantz, Ph.D., may be taken after the
24        September 30, 2022 expert discovery cut-off in this action up until
25        October 31, 2022, and the expert discovery cut-off deadline is to be
26        extended an additional thirty (30) days after the completion of the
27        Odencrantz deposition solely for purposes of allowing any related
28        discovery disputes to be resolved.

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

**IT IS SO STIPULATED.**

                                                    RUTAN & TUCKER, LLP

Dated: September 12, 2022        By: /s/ Richard Montevideo
                                                            Richard Montevideo
                                                            Travis H. Van Ligten
                                                            Attorneys for L.A. Terminals, Inc.
                                                            and Soco West, Inc.

                                                    PARKER, MILLIKEN, CLARK,
                                                    O'HARA & SAMUELIAN

Dated: September 12, 2022        By: /s/ Gary A. Meyer
                                                             Gary A. Meyer
                                                           Pedram Mazgani
                                                           Attorneys for Occidental Chemical
                                                           Corporation

                                                    MICHAEL N. FEUER, City Attorney
                                                    Steven Y. Otera, General Counsel
                                                    Kenneth F. Mattfeld, Assistant
                                                    Janet L. Karkanen, Deputy
                                                    Brian A. Daluiso, Deputy

Dated: September 12, 2022        By: /s/ Brian A. Daluiso
                                                             Brian A. Daluiso
                                                           Attorneys for The City of Los
                                                           Angeles, acting by and through its
                                                           Board of Harbor Commissioners

                                                    BOOTH LLP

Dated: September 12, 2022        By: /s/ Joshua N. Levine
                                                             Joshua N. Levine
                                                           Attorneys for The City of Los
                                                           Angeles

FARELLA BRAUN + MARTEL LLP

Dated: September 12, 2022      By: /s/ Sarah Peterman Bell
    Sarah Peterman Bell
    R. Christopher Locke
    Linda Sobczynski
    Attorneys for Union Pacific Railroad Company


BARNES AND THORNBURG LLP

Dated: September 12, 2022      By: /s/ Joel R. Meyer
    David C. Allen
    Joel R. Meyer
    Joseph M. Wahl
    Attorneys for Olympic Chemical Corporation


STEPHEN THOMAS ERB, APC

Dated: September 12, 2022      By: /s/ Stephen T. Erb
    Stephen T. Erb
    Attorneys for Phillips 66 Company


ROPERS MAJESKI PC

Dated: September 12, 2022      By: /s/ Michael T. Ohira
    Tim Agajanian
    Michael T. Ohira
    Attorneys for Wausau General Insurance Company, intervening on behalf of Defendant Ash-Cross Evans Corporation

|   |   |
|---|---|
|   | ROGERS JOSEPH O'DONNELL |
| DATED: September 12, 2022 | By: /s/ Jon-Erik W. Magnus<br>Robert C. Goodman<br>Jon-Erik W. Magnus<br>Attorneys for Union Oil Company Of California |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the other signatories listed on whose behalf this filing is submitted, concurring in the filing's content and have authorized the filing.

|   |   |
|---|---|
| DATED: September 12, 2022 | By: /s/ Gary A. Meyer<br>Gary A. Meyer<br>Pedram Mazgani<br>Attorneys for Occidental Chemical Corporation |