Gary A. Meyer SBN 94144
Pedram Mazgani SBN 204808
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:  (213) 683-6500
Facsimile:   (213) 683-6669
gmeyer@pmcos.com
pmazgani@pmcos.com

Attorneys for Defendant, Counter-Claimant, Cross-Claimant, Cross-Defendant, Counter-Defendant and Third-Party Plaintiff Occidental Chemical Corporation, a New York Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | Case No. 2:18-cv-06754-MWF (RAOx)<br><br>**ORDER GRANTING LEAVE TO TAKE THE DEPOSITION OF JOSEPH E. ODENCRANTZ, PH.D., AFTER THE EXPERT DISCOVERY CUT-OFF**<br><br>Courtroom: 5A (First Street Courthouse)<br>Judge:    Hon. Michael W. Fitzgerald<br><br>Date Filed: August 6, 2018<br>Trial Date: March 14, 2023 |

Pursuant to the Joint Stipulation For Leave To Take The Deposition Of Joseph E. Odencrantz, Ph.D., After The Expert Discovery Cut-Off ("Joint Stipulation"), and good cause appearing, it is hereby ordered:

1. The continued deposition of Occidental Chemical Corporation's expert witness, Joseph E. Odencrantz, Ph.D., may be taken after the September 30, 2022 expert discovery cut-off in this action up until October 31, 2022, and the expert discovery cut-off deadline is to be extended an additional thirty (30) days after the completion of the Odencrantz deposition solely for purposes of allowing any related discovery disputes to be resolved.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 13, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge