TIM M. AGAJANIAN (SBN 130508)
MICHAEL T. OHIRA (SBN 126137)
FARID ZAKARIA (SBN 280283))
ROPERS MAJESKI PC
445 South Figueroa St, 31st Floor
Los Angeles, CA 90071
Telephone: 213.312.2000
Facsimile: 213.312.2001
Email: tim.agajanian@ropers.com
michael.ohira@ropers.com
farid.zakaria@ropers.com

Attorneys for Intervenor
WAUSAU GENERAL INSURANCE
COMPANY, f/k/a ILLINOIS EMPLOYERS
INSURANCE OF WAUSAU

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| L. A. TERMINALS, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal Corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; UNION PACIFIC RAILROAD COMPANY, A DELAWARE CORPORATION,<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY COMPLAINTS.<br>_____ | Case No. 2:18-CV-06754-MWF-PVC<br><br>**NOTICE OF MOTION BY INTERVENOR WAUSAU GENERAL INS. CO. FOR ORDER APPROVING SETTLEMENT**<br><br>(Memorandum of Points and Authorities; Decl. of Michael Ohira; Request for Judicial Notice; Appendix of Exhibits; and proposed Order served and filed separately)<br><br>**DATE: JANUARY 23, 2023**<br>**TIME: 10:00 AM**<br>**CTRM: 5A (First St. Courthouse)**<br>**JUDGE: HON. MICHAEL W. FITZGERALD** |

4890-1614-8287.2

ROPERS MAJESKI
A Professional Corporation
Los Angeles

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on <u>January 23, 2023 at 10:00 AM</u>, or soon thereafter as the matter may be heard, in <u>Courtroom 5A</u> of the First Street Courthouse, located at <u>350 W. First St., Los Angeles, CA 90012</u>, Intervenor WAUSAU GENERAL INSURANCE COMPANY, f/k/a ILLINOIS EMPLOYERS INSURANCE OF WAUSAU (**Wausau**) will, and hereby does so move, this Court for an Order:

(a)  Finding that the Settlement Agreement and Mutual Release (**Settlement Agreement**) between Wausau and the City of Los Angeles **(City)**; Occidental Chemical Corporation **(Occidental)**, and Union Pacific Railroad Company **(Union Pacific)** is in good faith, fair, reasonable, and consistent with the intent of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq. and California Code of Civil Procedure ("CCP") §§ 877 and 877.6; and

(b)  That pursuant to the Settlement Agreement, CERCLA, and CCP §§ 877 and 877.6, ACE is discharged from all claims of liability, contribution, indemnity or cost recovery arising from any actual or alleged act or omission of ACE in connection with its occupancy and/or use of the property at issue in this litigation and all such claims are hereafter barred against ACE. Such discharge and bar shall not apply to any claims of the Releasing Parties identified in and expressly excluded from the release provided by the Releasing Parties in the Settlement Agreement.

//
//
//
//
//

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities; Declaration of Michael T. Ohira; Request for Judicial Notice; Appendix of Exhibits, together with the pleadings, records, files and other documents on file with the Court in this action, and upon such oral and documentary evidence as the Court may entertain at any hearing of this Motion.

Respectfully submitted,

Dated: December 19, 2022.                    ROPERS MAJESKI PC


By: _____
       MICHAEL T. OHIRA
       Attorneys for Intervenor
       WAUSAU GENERAL
       INSURANCE COMPANY, f/k/a
       ILLINOIS EMPLOYERS
       INSURANCE OF WAUSAU

CASE NAME:    L. A. TERMINALS, INC. v. CITY OF LOS ANGELES

ACTION NO.:    2:18-CV-06754-MWF-PVC

## PROOF OF SERVICE

**METHOD OF SERVICE**

☐ First Class Mail          ☐ Facsimile          ☐ Messenger Service

☐ Overnight Delivery     ☐ E-Mail          ☒ Electronic Delivery
                                                              Case Anywhere

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 445 South Figueroa Street, Suite 3100, Los Angeles, CA 90071, County of Los Angeles.

3. On December 19, 2022, I served the following documents:

## NOTICE OF MOTION BY INTERVENOR WAUSAU GENERAL INS. CO. FOR ORDER APPROVING SETTLEMENT

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

### SEE ATTACHED SERVICE LIST

5. I served the documents by the following means:

    a. ☐ By United States mail:  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

    b. ☐ By overnight delivery:  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By messenger:  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

    d. ☐ By fax transmission:  Based on an agreement between the parties and in conformance with Rule 2.306, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4.  No error was reported by the fax machine that I used.

    e. ☐ By email or electronic transmission:  Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4.  I

A Professional Corporation
Los Angeles

ROPERS
MAJESKI

did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      f. ☒ (BY ELECTRONIC TRANSACTION VIA CASEANYWHERE.COM) Pursuant to the Court's Order authorizing Electronic Service entered on December 10, 2019 (Docket Entry 273), I caused a true and correct copy of the above entitled document(s) to be electronically served through Case Anywhere at www.caseanywhere.com addressed to all parties appearing on the electronic service list for the above-entitled case. The Case Anywhere electronic service transaction confirmation will be maintained with a copy of the document(s) in our office.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   December 19, 2022

Kimberly Cederquist
Type Name

Signature

**SERVICE LIST**

| Counsel | Party |
|---|---|
| BARNES & THORNBURG LLP<br>David Allen, Esq.<br>(dallen@btlaw.com)<br>Joel Meyer, Esq.<br>(joel.meyer@btlaw.com)<br>Joseph Wahl, Esq.<br>(joseph.wahl@btlaw.com)<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Phone: (310) 284-3880<br>Fax: (310) 284-3894 | Representing: Olympic Chemical Corporation<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| BOOTH LLP<br>Allan Bareng, Esq.<br>(abareng@boothllp.com)<br>Joshua Levine, Esq.<br>(jlevine@boothllp.com)<br>11835 West Olympic Boulevard, Suite 600E<br>Los Angeles, CA 90064<br>Phone: (310) 641-1800<br>Fax: (310) 641-1818 | Representing: City of Los Angeles<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| CITY OF LA - Office of the City Attorney<br>Brian Daluiso, Esq.<br>(bdaluiso@portla.org)<br>Janet Karkanen, Esq.<br>(jkarkanen@portla.org)<br>Kenneth Mattfeld, Esq.<br>(kmattfeld@portla.org)<br>425 S. Palos Verdes Street, 5th Fl.<br>San Pedro, CA 90731<br>Phone: (310) 732-3750<br>Fax: (310) 831-9778 | Representing: City of Los Angeles<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| FARELLA, BRAUN & MARTEL LLP<br>Sarah Bell, Esq.<br>(sbell@fbm.com)<br>R. Christopher Locke, Esq.<br>(clocke@fbm.com)<br>Linda Sobczynski, Esq.<br>(lsobczynski@fbm.com)<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Phone: (415) 954-4400<br>Fax: (415) 954-4480 | Representing: Union Pacific Railroad Company<br>(2:18-cv-06754-MWF-RAO; NC061591) |

| Counsel | Party |
|---|---|
| HUGO PARKER, LLP<br>Paul Atigapramoj, Esq.<br>(patigapramoj@hugoparker.com)<br>Tina Glezakos, Esq.<br>(cglezakos@hugoparker.com)<br>240 Stockton Street, 8th Floor<br>San Francisco, CA 94108<br>Phone: (415) 808-0300<br>Fax: (415) 808-0333 | Representing: City of Los Angeles<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| PARKER, MILLIKEN, CLARK, O'HARA &<br>SAMUELIAN APC<br>Pedram Mazgani, Esq.<br>(pmazgani@pmcos.com)<br>Gary Meyer, Esq.<br>(gmeyer@pmcos.com)<br>555 South Flower Street, 30th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 683-6500<br>Fax: (213) 683-6669 | Representing: Hooker Chemical Corporation<br>Occidental Chemical Corporation<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| ROGERS JOSEPH O'DONNELL<br>Robert Goodman, Esq.<br>(rgoodman@rjo.com)<br>Jon-Erik Magnus, Esq.<br>(jmagnus@rjo.com)<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: (415) 956-2828<br>Fax: (415) 956-6457 | Representing: Union Oil Company of<br>California<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| RUTAN & TUCKER, LLP<br>Richard Montevideo, Esq.<br>(rmontevideo@rutan.com)<br>Kelsey Quist, Esq.<br>(kquist@rutan.com)<br>Travis Van Ligten, Esq.<br>(tvanligten@rutan.com)<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Phone: (714) 641-5100<br>Fax: (714) 546-9035 | Representing: Los Angeles Terminals, Inc.<br>Soco West, Inc.<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| STEPHEN THOMAS ERB, APC<br>Stephen Erb, Esq.<br>(s.erb@erbapc.com)<br>11440 West Bernardo Court, Suite 204<br>San Diego, CA 92127<br>Phone: (858) 487-2728 | Representing: Phillips 66 Company<br>(2:18-cv-06754-MWF-RAO; NC061591) |