**OFFICE OF THE CITY ATTORNEY** ***NO FEE – GOV'T CODE 6103.***
HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
STEVEN Y. OTERA, Gen'l Counsel, Harbor Div. (SBN 155471)
KENNETH F. MATTFELD, Deputy City Attorney (SBN 182594)
JANET L. KARKANEN, Deputy City Attorney (SBN 162173)
BRIAN A. DALUISO, Deputy City Attorney (SBN 287519)
425 South Palos Verdes Street
San Pedro, California 90731
T: (310) 732-3750 / F: (310) 831-9778
E: bdaluiso@portla.org

**BOOTH LLP**
Joshua N. Levine (SBN 171840)
11835 West Olympic Boulevard, Suite 600-East
Los Angeles, CA 90064
Telephone: (310) 641-1800 / Facsimile: (310) 641-1818
E: jlevine@boothllp.com

Attorneys for Defendant, Counter-Claimant, Cross-Claimant, and Third Party Plaintiff, CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

L.A. TERMINALS, a California corporation;

Plaintiff,

v.

CITY OF LOS ANGELES, a municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendants.

AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS.

Case No.: 2:18-cv-06754-MWF-RAOx

[Assigned for all purposes to the Hon. Michael W. Fitzgerald, Ctrm. 5A]

**JOINDER IN WAUSAU GENERAL INSURANCE COMPANY REQUEST FOR RELIEF**

**Hearing Date: January 23, 2023**
**Time: 10:00 am**
**Dept.: 5A**

COMPLAINT FILED: August 6, 2018
TRIAL DATE: March 14, 2023

Defendant, Third-Party Plaintiff, and Cross-Claimant City Of Los Angeles hereby joins in the request for relief made by WAUSAU GENERAL INSURANCE COMPANY f/k/a ILLINOIS EMPLOYERS INSURANCE OF WAUSAU ("Wausau") in its Motion for Order Approving Settlement filed in this Court on December 16, 2022, and requests that the Motion be granted.

Dated: December 20, 2022

**BOOTH LLP**

By: *Joshua Levine*
Joshua Levine
Attorneys for Defendant, Counter-Claimant, Cross-Claimant, and Third Party Plaintiff,
CITY OF LOS ANGELES