R. Christopher Locke (State Bar No. 101704)
clocke@fbm.com
Sarah P. Bell (State Bar No. 227082)
sbell@fbm.com
Linda T. Sobczynski (State Bar No. 307107)
lsobczynski@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant, Third-Party Defendant, Cross-Claimant and Counter-Claimant UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York Corporation,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS | Case No. 2:18-cv-06754-MWF-PVCx<br><br>**UNION PACIFIC RAILROAD COMPANY'S NOTICE OF JOINDER IN RELIEF REQUESTED IN MOTION FOR ORDER APPROVING SETTLEMENT**<br><br>The Hon. Michael W. Fitzgerald<br><br>Trial Date:          March 14, 2023 |

PLEASE TAKE NOTICE THAT Union Pacific Railroad Company ("Union Pacific"), by and through its counsel of record, respectfully joins in the relief requested in the Motion by Intervenor Wausau General Ins. Co. ("Wausau") for Order Approving Settlement ("Motion"), filed with the Court on December 19, 2022 at ECF No. 355.

As stated in the Motion, the settlement between Wausau on the one hand and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

UPRR'S JOINDER IN RELIEF REQUESTED IN MOTION FOR ORDER APPROVING SETTLEMENT – No. 2:18-cv-06754-MWF-PVCx

37081\15189725.1

the City of Los Angeles, Occidental Chemical Corporation and Union Pacific on the other hand was made in good faith within the meaning of California Code of Civil Procedure Sections 877 and 877.6.  As set forth in the Motion, the settlement is the product of lengthy, arms-length negotiations involving experienced counsel representing all settling parties and is within a reasonable range of Wausau's proportionate share of liability, taking into consideration the facts and circumstances in this particular case.

Union Pacific joins in the relief requested in the Motion and respectfully requests that the Court enter an order granting such relief.

Dated:  December 21, 2022        FARELLA BRAUN + MARTEL LLP

By: _____
Linda T. Sobczynski

Attorneys for Defendant, Third-Party Defendant, Cross-Claimant and Counter-Claimant UNION PACIFIC RAILROAD COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

UPRR'S JOINDER IN RELIEF REQUESTED IN MOTION FOR ORDER APPROVING SETTLEMENT – No. 2:18-cv-06754-MWF-PVCx

2

37081\15189725.1