Gary A. Meyer SBN 94144
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:   (213) 683-6500
Facsimile:    (213) 683-6669
gmeyer@pmcos.com

Attorneys for Defendant, Counter-Claimant, Cross-claimant, Cross-Defendant and Third-Party Plaintiff Occidental Chemical Corporation, a New York Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:18-cv-06754-MWF (RAOx)<br><br>**OCCIDENTAL CORPORATION'S REPLY TO OLYMPIC CHEMICAL CORPORATION'S RESPONSE TO WAUSA'S MOTION FOR AN ORDER APPROVING SETTLEMENT**<br><br>Date:     January 23, 2023<br>Time:    1:30 p.m.<br>Dept.:    1<br>Judge:   Hon. Michael W. Fitzgerald |

4853-6111-9559

OCCIDENTAL CORPORATION'S REPLY TO OLYMPIC CHEMICAL CORPORATION'S
RESPONSE TO WAUSA'S MOTION FOR AN ORDER APPROVING SETTLEMENT

## I. THIS COURT SHOULD APPROVE THE GOOD FAITH MOTION, INCLUDING THE PROPOSED AMOUNT OF SETTLEMENT, WHICH OLYMPIC CHEMICAL ITSELF APPROVES OF, AND REJECT OR SIMPLY IGNORE THE REMAINDER OF OLYMPIC CHEMICAL'S RESPONSE

Olympic Chemical Corporation's (Olympic Chemical) "Response" (not Opposition) to WAUSA's Motion For An Order Approving Settlement states at the outset:

"Olympic Chemical does not object to the amount of the settlement by Movant WAUSA General Insurance Company ("WAUSA").

Olympic Chemical's agreement with the settlement and its amount should be the end of their story. But instead, the balance of Olympic Chemical's "Response" is a thinly veiled and wholly improper attempt to relitigate summary judgment rulings and obtain a finding, contrary to those rulings, that Olympic Chemical never handled chlorinated solvents while operating its chemical business at the Sliver Site during the period between 1981 to 1984. It is also an improper attempt to obtain protection from liability through WAUSA's settlement on behalf of Ash Cross Evans, even though Olympic Chemical is not a party to that settlement and the settlement agreement expressly reserves claims against Olympic Chemical.

This court should acknowledge Olympic Chemical's non-opposition and grant an Order approving the settlement, but should reject or ignore the remainder of Olympic Chemical's Response. Among the various reasons for doing so is the fact that Olympic Chemical has already sought, in two separate motions for summary judgment filed in the companion Federal Action before Judge Fitzgerald, to obtain an order that Olympic Chemical has no liability because it never handled chlorinated solvents. Both of its motions were denied. Please see Judge Fitzgerald's two orders denying Olympic Chemical's motion attached as exhibits to the accompanying declaration of Gary A. Meyer.

These two orders denying Olympic Chemical's motions for summary judgment

- 1 -

OCCIDENTAL CORPORATION'S REPLY TO OLYMPIC CHEMICAL CORPORATION'S RESPONSE TO WAUSA'S MOTION FOR AN ORDER APPROVING SETTLEMENT

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

were based on Judge Fitzgerald's review of the exhaustive briefing by the parties, including a plethora of evidence produced by the parties opposing the motions. Despite this, Olympic Chemical now attempts in its "Response" to circumvent these rulings by cherry picking references to a few exhibits (Response pp. 6-9), all of which have been refuted or significantly disputed in the Oppositions to Olympic Chemical's denied motions for summary judgment.

## II.    CONCLUSION

In conclusion, Occidental respectfully requests that the Court approve of WAUSA's Good Faith Motion and ignore as improper surplusage Olympic Chemical's self-serving, previously-rejected arguments about the rationale for approving the Good Faith Settlement.

DATED: January 5, 2023            Respectfully submitted,

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, A Professional Corporation

By:*/s/Gary A. Meyer*

GARY A. MEYER

Attorneys for Defendant, Cross-Defendant and Cross-Complainant Occidental Chemical Corporation, a New York Corporation

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

- 2 -
OCCIDENTAL CORPORATION'S REPLY TO OLYMPIC CHEMICAL CORPORATION'S RESPONSE TO WAUSA'S MOTION FOR AN ORDER APPROVING SETTLEMENT