TIM M. AGAJANIAN (SBN 130508)
MICHAEL T. OHIRA (SBN 126137)
FARID ZAKARIA (SBN 280283))
ROPERS MAJESKI PC
445 South Figueroa St, 31st Floor
Los Angeles, CA 90071
Telephone: 213.312.2000
Facsimile: 213.312.2001
Email: tim.agajanian@ropers.com
michael.ohira@ropers.com
farid.zakaria@ropers.com

Attorneys for Intervenor
WAUSAU GENERAL INSURANCE
COMPANY, f/k/a ILLINOIS EMPLOYERS
INSURANCE OF WAUSAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| L. A. TERMINALS, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal Corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; UNION PACIFIC RAILROAD COMPANY, A DELAWARE CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY COMPLAINTS. | Case No. 2:18-CV-06754-MWF-PVC<br><br>**NOTICE OF MOTION BY INTERVENOR WAUSAU GENERAL INS. CO. FOR ORDER APPROVING SETTLEMENT**<br><br>(Memorandum of Points and Authorities; Decl. of Michael Ohira; Request for Judicial Notice; Appendix of Exhibits; and proposed Order served and filed separately)<br><br>**DATE: JANUARY 23, 2023<br>TIME: 10:00 AM<br>CTRM: 5A (First St. Courthouse)<br>JUDGE: HON. MICHAEL W. FITZGERALD** |

**MANDATORY CHAMBERS COPY**

4890-1614-8287.2

NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on <u>January 23, 2023 at 10:00 AM</u>, or soon thereafter as the matter may be heard, in <u>Courtroom 5A</u> of the First Street Courthouse, located at <u>350 W. First St., Los Angeles, CA 90012</u>, Intervenor WAUSAU GENERAL INSURANCE COMPANY, f/k/a ILLINOIS EMPLOYERS INSURANCE OF WAUSAU (**Wausau**) will, and hereby does so move, this Court for an Order:

(a)  Finding that the Settlement Agreement and Mutual Release (**Settlement Agreement**) between Wausau and the City of Los Angeles **(City)**; Occidental Chemical Corporation **(Occidental)**, and Union Pacific Railroad Company **(Union Pacific)** is in good faith, fair, reasonable, and consistent with the intent of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq. and California Code of Civil Procedure ("CCP") §§ 877 and 877.6; and

(b)  That pursuant to the Settlement Agreement, CERCLA, and CCP §§ 877 and 877.6, ACE is discharged from all claims of liability, contribution, indemnity or cost recovery arising from any actual or alleged act or omission of ACE in connection with its occupancy and/or use of the property at issue in this litigation and all such claims are hereafter barred against ACE. Such discharge and bar shall not apply to any claims of the Releasing Parties identified in and expressly excluded from the release provided by the Releasing Parties in the Settlement Agreement.

//
//
//
//
//

4890-1614-8287.2

- 2 -

NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities; Declaration of Michael T. Ohira; Request for Judicial Notice; Appendix of Exhibits, together with the pleadings, records, files and other documents on file with the Court in this action, and upon such oral and documentary evidence as the Court may entertain at any hearing of this Motion.

Respectfully submitted,

Dated: December 19, 2022.   ROPERS MAJESKI PC

By: /s/ Michael T. Ohira
MICHAEL T. OHIRA
Attorneys for Intervenor
WAUSAU GENERAL
INSURANCE COMPANY, f/k/a
ILLINOIS EMPLOYERS
INSURANCE OF WAUSAU

| | | |
|---|---|---|
| 1 | CASE NAME: | L. A. TERMINALS, INC. v. CITY OF LOS ANGELES |
| 2 | ACTION NO.: | 2:18-CV-06754-MWF-PVC |

### PROOF OF SERVICE

**METHOD OF SERVICE**

☐ First Class Mail    ☐ Facsimile    ☐ Messenger Service

☐ Overnight Delivery    ☐ E-Mail    ☒ Electronic Delivery Case Anywhere

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 445 South Figueroa Street, Suite 3100, Los Angeles, CA 90071, County of Los Angeles.

3. On December 19, 2022, I served the following documents:

**NOTICE OF MOTION BY INTERVENOR WAUSAU GENERAL INS. CO. FOR ORDER APPROVING SETTLEMENT**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

**SEE ATTACHED SERVICE LIST**

5. I served the documents by the following means:

    a. ☐ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

    d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Rule 2.306, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used.

    e. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I

did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  f. ☒ (BY ELECTRONIC TRANSACTION VIA CASEANYWHERE.COM) Pursuant to the Court's Order authorizing Electronic Service entered on December 10, 2019 (Docket Entry 273), I caused a true and correct copy of the above entitled document(s) to be electronically served through Case Anywhere at www.caseanywhere.com addressed to all parties appearing on the electronic service list for the above-entitled case. The Case Anywhere electronic service transaction confirmation will be maintained with a copy of the document(s) in our office.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 19, 2022

Kimberly Cederquist
Type Name            Signature  *(signed: Kim Cederquist)*

# SERVICE LIST

| Counsel | Party |
|---|---|
| BARNES & THORNBURG LLP<br>David Allen, Esq.<br>(dallen@btlaw.com)<br>Joel Meyer, Esq.<br>(joel.meyer@btlaw.com)<br>Joseph Wahl, Esq.<br>(joseph.wahl@btlaw.com)<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Phone: (310) 284-3880<br>Fax: (310) 284-3894 | Representing: Olympic Chemical Corporation<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| BOOTH LLP<br>Allan Bareng, Esq.<br>(abareng@boothllp.com)<br>Joshua Levine, Esq.<br>(jlevine@boothllp.com)<br>11835 West Olympic Boulevard, Suite 600E<br>Los Angeles, CA 90064<br>Phone: (310) 641-1800<br>Fax: (310) 641-1818 | Representing: City of Los Angeles<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| CITY OF LA - Office of the City Attorney<br>Brian Daluiso, Esq.<br>(bdaluiso@portla.org)<br>Janet Karkanen, Esq.<br>(jkarkanen@portla.org)<br>Kenneth Mattfeld, Esq.<br>(kmattfeld@portla.org)<br>425 S. Palos Verdes Street, 5th Fl.<br>San Pedro, CA 90731<br>Phone: (310) 732-3750<br>Fax: (310) 831-9778 | Representing: City of Los Angeles<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| FARELLA, BRAUN & MARTEL LLP<br>Sarah Bell, Esq.<br>(sbell@fbm.com)<br>R. Christopher Locke, Esq.<br>(clocke@fbm.com)<br>Linda Sobczynski, Esq.<br>(lsobczynski@fbm.com)<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Phone: (415) 954-4400<br>Fax: (415) 954-4480 | Representing: Union Pacific Railroad Company<br>(2:18-cv-06754-MWF-RAO; NC061591) |

4890-1614-8287.2

- 6 -

NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT

| Counsel | Party |
|---|---|
| HUGO PARKER, LLP<br>Paul Atigapramoj, Esq.<br>(patigapramoj@hugoparker.com)<br>Tina Glezakos, Esq.<br>(cglezakos@hugoparker.com)<br>240 Stockton Street, 8th Floor<br>San Francisco, CA 94108<br>Phone: (415) 808-0300<br>Fax: (415) 808-0333 | Representing: City of Los Angeles<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN APC<br>Pedram Mazgani, Esq.<br>(pmazgani@pmcos.com)<br>Gary Meyer, Esq.<br>(gmeyer@pmcos.com)<br>555 South Flower Street, 30th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 683-6500<br>Fax: (213) 683-6669 | Representing: Hooker Chemical Corporation Occidental Chemical Corporation<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| ROGERS JOSEPH O'DONNELL<br>Robert Goodman, Esq.<br>(rgoodman@rjo.com)<br>Jon-Erik Magnus, Esq.<br>(jmagnus@rjo.com)<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: (415) 956-2828<br>Fax: (415) 956-6457 | Representing: Union Oil Company of California<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| RUTAN & TUCKER, LLP<br>Richard Montevideo, Esq.<br>(rmontevideo@rutan.com)<br>Kelsey Quist, Esq.<br>(kquist@rutan.com)<br>Travis Van Ligten, Esq.<br>(tvanligten@rutan.com)<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Phone: (714) 641-5100<br>Fax: (714) 546-9035 | Representing: Los Angeles Terminals, Inc. Soco West, Inc.<br>(2:18-cv-06754-MWF-RAO; NC061591) |
| STEPHEN THOMAS ERB, APC<br>Stephen Erb, Esq.<br>(s.erb@erbapc.com)<br>11440 West Bernardo Court, Suite 204<br>San Diego, CA 92127<br>Phone: (858) 487-2728 | Representing: Phillips 66 Company<br>(2:18-cv-06754-MWF-RAO; NC061591) |

Activity in Case 2:18-cv-06754-MWF-PVC L.A. Terminals, Inc. v. City of Los Angeles et al Motion for Settlement

From: cacd_ecfmail@cacd.uscourts.gov (cacd_ecfmail@cacd.uscourts.gov)

To: noreply@ao.uscourts.gov

Date: Monday, December 19, 2022 at 07:53 PM PST

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Ohira, Michael on 12/19/2022 at 7:52 PM PST and filed on 12/19/2022

**Case Name:** L.A. Terminals, Inc. v. City of Los Angeles et al
**Case Number:** 2:18-cv-06754-MWF-PVC
**Filer:** Wausau General Insurance Company f/k/a Illinois Employers Insurance of Wausau, intervening on behalf of Ash-Cross Evans Corporation dba Olympic Chemical Corporation
**Document Number:** 355

**Docket Text:**
NOTICE OF MOTION AND MOTION for Settlement Approval of Settlement Agreement between Wausau and the City of Los Angeles, Occidental Chemical Corp., and Union Pacific Railroad Co. filed by Intervenor Wausau General Insurance Company f/k/a Illinois Employers Insurance of Wausau, intervening on behalf of Ash-Cross Evans Corporation dba Olympic Chemical Corporation. Motion set for hearing on 1/23/2023 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # (1) Memorandum Points and Authorities in Support of Motion for Approval of Settlement, # (2) Declaration Declaration of Michael Ohira in Support of Motion by Wausau for Approval of Settlement, # (3) Supplement Request for Judicial Notice in Support of Motion by Wausau for Order Approving Settlement, # (4) Appendix Appendix of Exhibits Vol. 1 of 2 in Support of Motion by Wausau for Order Approving Settlement, # (5) Appendix Appendix of Exhibits Vol. 2 of 2 in support of motion by Wausau for Order Approving Settlement, # (6) Proposed Order Proposed Order Granting Motion by Wausau for Order Approving Settlement) (Ohira, Michael)

**2:18-cv-06754-MWF-PVC Notice has been electronically mailed to:**

Brian A Daluiso     bdaluiso@portla.org

Christina M Glezakos     service@hugoparker.com, cglezakos@hugoparker.com

David C Allen     david.allen@btlaw.com, monica.martinez@btlaw.com

Edward R Hugo      ehugo@hugoparker.com, service@hugoparker.com

Farid Zakaria      farid.zakaria@ropers.com, jwilliams@kfjlegal.com

Gabrielle H Consolo      gabrielle.consolo@us.dlapiper.com, gabby-consolo-7511@ecf.pacerpro.com

Gary A Meyer      gmeyer@pmcos.com, pmazgani@pmcos.com, saustin@pmcos.com

Janet Avery Karkanen      jkarkanen@portla.org, iargento@portla.org

Joel R Meyer      joel.meyer@btlaw.com, david.kirvan@btlaw.com, Docket-LA@btlaw.com, jmeyer@btlaw.com

Jon-Erik W Magnus      jmagnus@rjo.com

Joseph M. Wahl      joseph.wahl@btlaw.com, david.kirvan@btlaw.com

Joshua Nicholas Levine      jlevine@boothllp.com, ABareng@boothllp.com, ceaston@boothllp.com, deifert@boothllp.com, jbooth@boothllp.com, sgreene@boothllp.com

Kelsey Quist      kquist@rutan.com

Kenneth F Mattfeld      kmattfeld@portla.org, iargento@portla.org

Linda Teresa Sobczynski      lsobczynski@fbm.com, calendar@fbm.com, jlarson@fbm.com

Maureen C O'Hara      maureen.o'hara@rmkb.com, anthony.arriola@rmkb.com, keiko.kakiuchi@rmkb.com

Michael T. Ohira      michael.ohira@ropers.com, anthony.arriola@ropers.com, calendar-lao@ropers.com, keiko.kakiuchi@ropers.com, kimberly.cederquist@ropers.com, mtoesq@yahoo.com

Paul S Atigapramoj      service@hugoparker.com

Pedram F Mazgani      pmazgani@pmcos.com

Ralph Christopher Locke      clocke@fbm.com, calendar@fbm.com, dkelly@fbm.com, jlarson@fbm.com

Richard G Montevideo      rmontevideo@rutan.com, pjohnson@rutan.com, tvanligten@rutan.com

Robert Cedric Goodman      rgoodman@rjo.com, navellan-mccoy@rjo.com, rnelson@rjo.com

Sarah Peterman Bell      sbell@fbm.com, calendar@fbm.com, dkelly@fbm.com, tbuchanan@fbm.com

Stephen Thomas Erb      s.erb@erbapc.com, Y.dorn@erbapc.com

Steven Y Otera      sotera@portla.org

Tim M Agajanian      tim.agajanian@ropers.com, anthony.arriola@rmkb.com, elizabeth.avila@rmkb.com, keiko.kakiuchi@rmkb.com

Travis H Van Ligten      tvanligten@rutan.com

Whitney R Miner      wminer@rjo.com, singram@rjo.com

**2:18-cv-06754-MWF-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Notice of Motion by Wausau for Order Approving Settlement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-

0] [67f8219e8b484066154abbec0159e68a44479d24b314739a419d69e019553b07a5 527f2f0b86f1c47aa5e1a8296d550a466b024152d71544151f424ff3dda249]]

**Document description:** Memorandum Points and Authorities in Support of Motion for Approval of Settlement
**Original filename:** C:\fakepath\Memorandum of Points and Authorities in support of Motion by Intervenor Wausau.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-1] [5cf1fbde412b93f946f0fe6f0e5f1d69a8a3449dc54e0a0145a71977c3e9b77f11 d33603859fa1b901285f46d39ec579c6fdac1210a547ade7c6e429cca1beaa]]

**Document description:** Declaration Declaration of Michael Ohira in Support of Motion by Wausau for Approval of Settlement
**Original filename:** C:\fakepath\Declaration of Michael Ohira in Support of Motion by Wausau.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-2] [8f3dc4ad5195d945f0b7e200caefb6a151a072edc62750107a4c3e11c7714b2b4e fdb39b6516811a86d9a6098342f7a5c2329b37ac2cb479b0b9e54f73d44ce5]]

**Document description:** Supplement Request for Judicial Notice in Support of Motion by Wausau for Order Approving Settlement
**Original filename:** C:\fakepath\Request for Judicial Notice by Wausau.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-3] [5548faa10f8cdedd88b2e9d4994f66f9eac09c3aaf72eac4f03f1686d55e75922c a3b373d4b8d13d79a9e30e31c39428ef68937bc951cc6617c721565e263bee]]

**Document description:** Appendix Appendix of Exhibits Vol. 1 of 2 in Support of Motion by Wausau for Order Approving Settlement
**Original filename:** C:\fakepath\Appendix of Exhibits in support of Motion by Wausau (Vol. 1 of 2; Exhibits A-L).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-4] [9a7c09e075c2cf1331967f9e15aac979cf3b4b6032cc866fc98d99ff04dfc9cfbb 5f58d1c61b36d3476a2e27da435d91d5ed2a48e89615544a1f1f873dd31a53]]

**Document description:** Appendix Appendix of Exhibits Vol. 2 of 2 in support of motion by Wausau for Order Approving Settlement
**Original filename:** C:\fakepath\Appendix of Exhibits in support of Motion by Wausau (Vol. 2 of 2, Exhibits M-V).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-5] [6bc864ad06d330938925bd4af826e6d4a452b246f4111eeec41a3e4604ea5100d6 cca12a795375a0fa08468341fbb642b701796ae09c7aaabd3694b02fd480eb]]

**Document description:** Proposed Order Proposed Order Granting Motion by Wausau for Order Approving Settlement
**Original filename:** C:\fakepath\Proposed Order by Wausau.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/19/2022] [FileNumber=35074150-6] [6754fa3a945e7695a461492a02ed4d8bf3a9460e190ced71119db11ddef00fac55 fa1ab9e710f42d9ad30d126520289181bfc0565261866137e53adf8238bf8b]]