TIM M. AGAJANIAN (SBN 130508)
MICHAEL T. OHIRA (SBN 126137)
FARID ZAKARIA (SBN 280283)
ROPERS MAJESKI PC
801 South Figueroa St, Suite 2100
Los Angeles, CA 90017
Telephone: 213.312.2000
Facsimile: 213.312.2001
Email: tim.agajanian@ropers.com;
michael.ohira@ropers.com;
farid.zakaria@ropers.com

Attorneys for Intervenor WAUSAU GENERAL INSURANCE COMPANY, f/k/a ILLINOIS EMPLOYERS INSURANCE OF WAUSAU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal corporation and OCCIDENTAL CORPORATION, a New York corporation and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 2:18-cv-06754 MWF(PVC)<br><br>Assigned for All Purposes to: Hon. Michael W. Fitzgerald<br><br>**STIPULATION TO RESOLVE OBJECTIONS BY PLAINTIFF L.A. TERMINALS, INC. AND THIRD-PARTY DEFENDANT SOCO WEST, INC. [DKT 359] TO THE MOTION BY INTERVENOR WAUSAU GENERAL INS. CO. FOR COURT APPROVAL OF SETTLEMENT [DKT 355]** |

Intervenor WAUSAU GENERAL INSURANCE COMPANY FKA ILLINOIS EMPLOYERS INSURANCE OF WAUSAU **(Wausau)**; Plaintiff L.A. TERMINALS, INC.; Third-Party Defendant Soco West, Inc.; Defendant/Third Party Plaintiffs, CITY OF LOS ANGELES **(City)** and OCCIDENTAL CHEMICAL CORPORATION **(Occidental)**; and Defendant/Cross-Claimant, UNION PACIFIC RAILROAD COMPANY **(Union Pacific)**, collectively the "Parties," by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on December 19, 2022, Wausau filed its Motion for court approval of a Settlement Agreement between Wausau, the City, Occidental, and Union Pacific with a hearing date scheduled for January 23, 2023 at 10:00 a.m. in Courtroom 5A of this Court **[DKT 355]**;

WHEREAS, Plaintiff L.A. TERMINALS, INC. **(LAT)** and Third-Party Defendant Soco West, Inc. (**Soco**) filed an Opposition to Wausau's Motion **[DKT 359]**;

WHEREAS, meet and confer efforts ensued between Wausau, LAT/Soco, the City, Occidental, and Union Pacific which has resulted in preparation of a draft revision to the Settlement Agreement that substantively addresses the grounds for LAT/Soco's Opposition to Wausau's Motion. (A copy of draft revision is attached hereto as **Exhibit A**);

WHEREAS, the Parties are in the process of working out details concerning final wording of the revision to the SETTLEMENT AGREEMENT;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Wausau, the City, Occidental and Union Pacific have agreed to amend their Settlement Agreement in substantial compliance with the draft amendment attached hereto as Exhibit A, and request that the Court approve the Settlement Agreement as being in good faith, on the condition that the Settlement

Agreement will be amended in substantial compliance with the proposed amendment included in Exhibit A;

    2.    With the settling parties agreement to amend the Settlement Agreement in substantial compliance with the amendment included as Exhibit A, LAT and Soco are hereby withdrawing their opposition to Wausau's motion in this action (and similarly will do so in connection with Wausau's motion for good faith settlement in the related state court action - *City of Los Angeles v. L.A. Terminals, Inc., et. al.*, Los Angeles Superior Court case number NC 061591).

Dated: January 20, 2023.     ROPERS MAJESKI PC

By: */s/ Michael T. Ohira*
TIM M. AGAJANIAN
MICHAEL T. OHIRA
FARID ZAKARIA
Attorneys for Intervenor WAUSAU GENERAL INSURANCE COMPANY, f/k/a ILLINOIS EMPLOYERS INSURANCE OF WAUSAU

Dated: January 20, 2023.     RUTAN & TUCKER, LLP

By: */s/ Travis H. Van Ligten*
RICHARD MONTEVIDEO
TRAVIS H. VAN LIGTEN
Attorneys for Plaintiff LA TERMINALS, INC. and Third-Party Defendant SOCO WEST, INC.

4871-8262-7147.1

| | | |
|---|---|---|
| 1 | Dated: January 20, 2023. | BOOTH, LLP |
| 3 | | By:/s/ *Joshua N. Levine* |
| 4 | | JOSHUA N. LEVINE<br>Attorneys for Defendant/Third-Party |
| 5 | | Plaintiff CITY OF LOS ANGELES |
| 7 | Dated: January 20, 2023. | OFFICE OF THE CITY ATTORNEY |
| 9 | | By:/s/ *Brian Daluiso* |
| 10 | | HYDEE FELSTEIN SOTO<br>STEVEN Y. OTERA<br>KENNETH F. MATTFELD |
| 11 | | JANET L.KARKANEN<br>BRIAN A. DALUISO |
| 12 | | Attorneys for Defendant/Third-Party<br>Plaintiff CITY OF LOS ANGELES |
| 14 | Dated: January 20, 2023. | PARKER MILLIKEN CLARK |
| 15 | | O'HARA & SAMUELIAN |
| 17 | | By:/s/ *Gary A. Meyer r* |
| 18 | | GARY A. MEYER<br>PEDRAM F. MAZGANI |
| 19 | | Attorneys for Defendant/Third-Party<br>Plaintiff OCCIDENTAL<br>CHEMICAL CORPORATION |
| 21 | Dated: January 20, 2023. | FARELLA BRAUN + MARTEL, LLP |
| 23 | | By:/s/ *Sarah P. Bell* |
| 24 | | SARAH P. BELL<br>R. CHRIS LOCKE |
| 25 | | LINDA SOBCZNSKI<br>Attorneys for Defendant/Cross- |
| 26 | | Claimant UNION PACIFIC<br>RAILROAD COMPANY |

| | |
|---|---|
| **CASE NAME:** | **L.A. TERMINALS, INC., v. CITY OF LOS ANGELES** |
| **ACTION NO.:** | **2:18-cv-06754-MWF (PVC)** |

### ELECTRONIC SERVICE BY CASE ANYWHERE PROOF OF SERVICE

### METHOD OF SERVICE

☐ First Class Mail  ☐ Facsimile  ☐ Messenger Service

☐ Overnight Delivery  ☒ E-Mail/Electronic Delivery

At the time of service I was over 18 years of age and not a party to this action.

My business address is 801 South Figueroa Street, Suite 2100, Los Angeles, CA 90017, County of Los Angeles.

On January 20, 2023, I served the following documents:

**STIPULATION TO RESOLVE OBJECTIONS BY PLAINTIFF L.A. TERMINALS, INC. [DKT 359] TO THE MOTION BY INTERVENOR WAUSAU GENERAL INS. CO. FOR COURT APPROVAL OF SETTLEMENT [DKT 355]**

I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

☒ **(BY ELECTRONIC TRANSMISSION VIA CASE ANYWHERE.COM)** Pursuant to the Court's Order authorizing Electronic Service entered on December 10, 2019 (Docket Entry 273), I caused a true and correct copy of the above-entitled document(s) to be electronically served through Case Anywhere at www.caseanywhere.com addressed to all parties appearing on the electronic service list for the above-entitled case. The Case Anywhere electronic service transmission confirmation will be maintained with a copy of the document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 20, 2023

| | |
|---|---|
| Kim Cederquist | */s/ Kim Cederquist* |
| Type Name | Signature |

4871-8262-7147.1