UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-6754-MWF(RAOx)** | | Dated: **January 25, 2023** |
| Title: | L.A. Terminals, Inc. -v- City of Los Angeles, et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Richard G. Montevideo | Brian A. Daluiso/Joshua N. Levine<br>Gary A. Meyer/Sara P. Bell/Joseph Wahl<br>Stephen T. Erb/Travis H. Van Ligten<br>Pedram F. Mazgani/ Farid Zakaria<br>Robert C. Goodman/Jon-Erik Magnus |

**PROCEEDINGS:**     **ZOOM HEARING ON THE EX PARTE APPLICATION [399]**

Case called, and counsel make their appearance. The hearing is held.

The Court invites counsel to present their arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court denies the ex parte application. Trial remains set for March 14, 2023.

IT IS SO ORDERED.

Initials of Deputy Clerk  rs

-1-

:45 min