| | |
|---|---|
| 1 | DAVID C. ALLEN (SBN 190479) |
|  | david.allen@btlaw.com |
| 2 | JOEL R. MEYER (SBN 247620) |
|  | joel.meyer@btlaw.com |
| 3 | JOSEPH M. WAHL (SBN 281920) |
|  | joseph.wahl@btlaw.com |
| 4 | **BARNES & THORNBURG LLP** |
|  | 2029 Century Park East, Suite 300 |
| 5 | Los Angeles, California 90067 |
|  | Telephone: (310) 284-3880 |
| 6 | Facsimile: (310) 284-3894 |

Attorneys for Third-Party Defendant
OLYMPIC CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation, | Case No. 2:18-cv-06754-MWF-PVC |
|  | **NOTICE OF SETTLEMENT AND JOINT STIPULATION TO POSTPONE CERTAIN PRE-TRIAL AND OPPOSITION DEADLINES TO MOTIONS *IN LIMINE* INVOLVING OLYMPIC CHEMICAL CORPORATION** |
| Plaintiff, | |
| v. | |
| CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY COMPLAINTS. | |

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

This stipulation is made and entered into by and between Olympic Chemical Corporation, the City of Los Angeles (the "City"), Occidental Chemical Corporation ("Oxy"), and Union Pacific Railroad Company ("Union Pacific") (collectively, the "Settling Parties") to jointly seek an order postponing the opposition deadlines to certain motions *in limine* and other pre-trial matters due to the settlement in principle between the Parties of all claims related to Olympic Chemical Corporation.

WHEREAS, the City, Oxy, and Union Pacific filed cross-claims against Olympic Chemical Corporation (see, ECF Nos. 150, 155, 241);

WHEREAS, Olympic Chemical Corporation filed cross- and/or counter-claims against the City, Oxy, and Union Pacific (see, ECF No. 225);

WHEREAS, Olympic Chemical Corporation has reached a settlement in principle with the City, Oxy, and Union Pacific that will completely resolve this matter as to Olympic Chemical Corporation and all pending claims between the Settling Parties;

WHEREAS, Olympic Chemical Corporation filed motions *in limine* relating to experts designated by the City, Oxy, and Union Pacific on January 23, 2023 (see, ECF Nos. 369, 370, 371);

WHEREAS, Union Pacific filed a motion *in limine* on January 23, 2023 relating to claims it asserted against Olympic Chemical Corporation (see, ECF No. 382);

WHEREAS, the Settling Parties' deadlines to file oppositions to the aforementioned motions *in limine* are January 30, 2023;

WHEREAS, the [Proposed] Pretrial Conference Order is due to be filed on January 30, 2023;

WHEREAS, Olympic Chemical Corporation intends to file a motion for good faith settlement.

**IT IS** HEREBY **STIPULATED AND AGREED** by and between the

Parties, through the undersigned counsel, as follows:

1. The Court will vacate the current deadline (January 30, 2023) for filing oppositions to motions *in limine* involving Olympic Chemical Corporation, and will delay hearing and ruling on the motions *in limine* relating to Olympic Chemical Corporation pending the resolution of Olympic Chemical Corporation's forthcoming good faith settlement determination motion. If necessary, in the event the Court denies Olympic Chemical Corporation's good faith settlement determination motion, oppositions to the Settling Parties' motions *in limine* involving Olympic Chemical Corporation shall be due one week after the denial of Olympic Chemical Corporation's good faith settlement motion or another time set by the Court.

2. If necessary, in the event the Court denies Olympic Chemical Corporation's good faith settlement determination motion, a [Proposed] Pretrial Conference Order that is limited to the stipulated facts, objections to evidence, and any other issues specifically related to the cross-claims between the Settling Parties shall be due one week after denial of Olympic Chemical Corporation's good faith settlement motion or another time set by the Court.

3. Olympic Chemical Corporation reserves the right to file all other remaining pre-trial documents in the event the Court denies its good faith settlement motion.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | | |
|---|---|---|---|
| 1 | Dated: | January 26, 2023 | **BARNES & THORNBURG LLP** |
| 2 | | | |
| 3 | | | By:/s/ Joel R. Meyer |
| 4 | | | David C. Allen<br>Joel R. Meyer |
| 5 | | | Joseph M. Wahl<br>Attorneys for Third-Party Defendant |
| 6 | | | OLYMPIC CHEMICAL<br>CORPORATION |
| 7 | | | |
| 8 | Dated: | January 26, 2023 | **PARKER, MILLIKEN, CLARK,<br>O'HARA & SAMUELIAN** |
| 9 | | | A Professional Corporation |
| 10 | | | |
| 11 | | | By:/s/ Gary A. Meyer |
| 12 | | | Gary A. Meyer<br>Pedram Mazgani |
| 13 | | | Attorneys for Occidental Chemical<br>Corporation |
| 14 | | | |
| 15 | Dated: | January 26, 2023 | **BOOTH LLP** |
| 16 | | | |
| 17 | | | By:/s/ Joshua N. Levine |
| 18 | | | Joshua N. Levine<br>Attorney for City of Los Angeles |
| 19 | | | |
| 20 | Dated: | January 26, 2023 | **FARELLA BRAUN + MARTEL LLP** |
| 21 | | | |
| 22 | | | By:/s/ Sarah Peterman Bell |
| 23 | | | Sarah Peterman Bell<br>Attorneys for Union Pacific Railroad |
| 24 | / / / | | |
| 25 | / / / | | |
| 26 | / / / | | |
| 27 | / / / | | |
| 28 | | | |

Barnes & Thornburg LLP
Attorneys At Law
Los Angeles

3

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joel R. Meyer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:      January 26, 2023                    /s/Joel R. Meyer
                                                                    Joel R. Meyer