Gary A. Meyer SBN 94144
Pedram Mazgani SBN 204808
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
gmeyer@pmcos.com
pmazgani@pmcos.com

Attorneys for Defendant, Counter-Claimant, Cross-claimant, Cross-Defendant and Third-Party Plaintiff Occidental Chemical Corporation, a New York Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CHEMICAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:18-cv-06754-MWF-PVC<br><br>**OCCIDENTAL CHEMICAL CORPORATION'S AMENDED WITNESSES LIST**<br><br>Pretrial Conf: February 13, 2023<br>Time: 11:00 AM<br><br>Courtroom: 5A (First Street Courthouse)<br>Judge: Hon. Michael W. Fitzgerald<br><br>Date Filed: August 6, 2018<br><br>Trial Date: March 14, 2023 |

Defendant, Counter-Claimant, Cross-claimant, Cross-Defendant and Third-Party Plaintiff Occidental Chemical Corporation, a New York Corporation ("Occidental") submits this amended Witness List pursuant to the Court's February 27, 2020 Order Re Jury Trial I. Order Re Deadlines II. Order Re Trial Preparation III. Order Governing Conduct Of Attorneys And Parties (Docket No. 291) ("Order"), Local Rules for the Central District of California, Local Rule 16-5, and Federal Rules of Civil Procedure, Rule 26(a)(3)(A).

| Witness's Name, Phone Number, Address (*Indicates that witness will be called only if the need arises) | Summary of Testimony | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Joseph E. Odencrantz, Ph.D., P.E., Tri-S Environmental, **c/o** Gary A. Meyer, Esq. Parker, Milliken, Clark, O'Hara & Samuelian, 555 S. Flower Street, 30th Floor, Los Angeles, CA 90071, (213) 683-6500 | Dr. Odencrantz is Occidental's expert witness. He has a Ph.D. in Civil & Environmental Engineering and he is an environmental expert with extensive experience, He will opine on the distribution of contaminants at, beneath and about the Sliver Site and surrounding properties, summarize and interpret site investigation, monitoring and assessment completed to date, opine as to historic activities and releases that contributed to the contamination based on the interpretation of available documents and data, opine as to the responsibility of various responsible parties to the contamination, and provide rebuttal testimony in response to experts offered by other parties. Dr. Odencrantz is Occidental's | 3 hrs | | |

| | | | | |
|---|---|---|---|---|
| | | only designated expert witness. | | | |
| | Suda Arakere. SVP Environmental Affairs, Glenn Springs Holdings, Inc. c/o Gary A. Meyer, Esq. Parker, Milliken, Clark, O'Hara & Samuelian, 555 S. Flower Street, 30th Floor, Los Angeles, CA 90071, (213) 683-6500 | Mr. Arakere is Glenn Springs Holdings' (GSH's) Senior Vice President of Environmental Affairs. GSH is a sister company of Occidental and in his capacity as SVP of Environmental Affairs Mr. Arakere oversees the investigation and remediation of numerous legacy sites for Occidental across the country. Mr. Arakere is familiar with the past and present investigation and assessment at and about the Sliver Site and serves as Occidental's primary contact with the Los Angeles Regional Water Quality Control Board. Additionally, Mr. Arakere has familiarized himself with historic records relating to Hooker's (now Occidental's) past operations at the Sliver Site based on available data and served as Occidental's corporate designee at deposition. Occidental has not occupied the Sliver Site since in or before 1978 and does not currently employ any employees with direct knowledge of its historic operations at the Sliver Site so Mr. Arakere will serve as Occidental's principal fact witness. | 3 hrs | | |
| | Seung-Yun Kevin Kim* c/o Joshua Levine, Esq., Booth LLP, attorneys for City of Los Angeles, 11835 West Olympic Boulevard, Suite 600-East, Los Angeles, California 90064, (310) 641- | Mr. Kim is a senior real estate officer at the Port of Los Angeles. Mr. Kim was the City's designee at deposition and would provide testimony relating to past and present operations at and about the Sliver Site and LAMT, historic City records, the | 1.5 hrs | | |

- 3 -
OCCIDENTAL CHEMICAL CORPORATION'S AMENDED WITNESSES LIST

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

| | | | | |
|---|---|---|---|---|
| 1800 | contractual relationships between the City, past Sliver Site operators, Union Pacific and other potentially responsible parties in this litigation, and anticipated future uses of the property. | | | |
| David Guier* c/o Gary A. Meyer, Esq. Parker, Milliken, Clark, O'Hara & Samuelian, 555 S. Flower Street, 30th Floor, Los Angeles, CA 90071, (213) 683-6500 | Mr. Guier was formerly employed by Glenn Springs Holdings. Mr. Guier would testify regarding the prior investigation and assessment of the Sliver Site, including communications with the Los Angeles Regional Water Quality Control Board, L.A. Terminals, Inc. and other parties to this litigation, as well as cost sharing arrangements between the parties, during his employment. | 1.5 hrs | | |
| Pauling Sun* c/o Joshua Levine, Esq., Booth LLP, attorneys for City of Los Angeles, 11835 West Olympic Boulevard, Suite 600-East, Los Angeles, California 90064, (310) 641-1800 | Ms. Sun is an Environmental Specialist III with the City of Los Angeles. Ms. Sun was the City's designee at deposition and would provide testimony relating to past and present environmental investigations at and about the Sliver Site and LAMT, City records, assessments conducted by the City during and at the conclusion of site operations, and anticipated future uses of the property. | 1.5 hrs | | |
| Luis Changkuon* Project Manager, Engineering Geologist, Site Cleanup Program, Unit 1-Los Angeles Regional Water Quality Control Board, 320 West 4th Street, Suite 200 Los Angeles, CA 90013, | Mr. Changkuon is the project manager for the Los Angeles Regional Water Quality Control Board relating to the investigation and cleanup of the site. Mr. Changkuon would provide testimony relating to past, present and future assessment, monitoring and cleanup of the site, agency | 1.5 hrs | | |

| | | | | |
|---|---|---|---|---|
| (213) 576-6667 | records relating to the site, past and present cleanup and abatement orders, investigative reports and work plans, and regulatory correspondence relating to the site. | | | |
| Custodians of Records for Occidental* c/o Gary A. Meyer, Esq. Parker, Milliken, Clark, O'Hara & Samuelian, 555 S. Flower Street, 30th Floor, Los Angeles, CA 90071, (213) 683-6500 | Custodian of records to testify as to the preparation, retention, production and authenticity of records maintained by Occidental. | 2 hrs | | |
| Custodians of Records for L.A. Terminals and Soco West, Inc., c/o Richard Montevideo Rutan & Tucker, 18575 Jamboree Road, 9th Floor, Irvine, CA 92612, (714) 641-5100 | Custodian(s) of records to testify as to the preparation, retention, production and authenticity of records maintained by L.A. Terminals and Soco West, Inc. or their predecessors and affiliates. | 2 hrs | | |
| Custodian(s) of Records for City of Los Angeles* c/o Joshua Levine, Esq., Booth LLP, attorneys for City of Los Angeles, 11835 West Olympic Boulevard, Suite 600-East, Los Angeles, California 90064, (310) 641-1800 | Custodian(s) of records to testify as to the preparation, retention, production and authenticity of records maintained by the City of Los Angeles, including its Board of Harbor Commissioners and the Port of Los Angeles. | 2 hrs | | |
| Custodian(s) of Records for Los Angeles Regional Water Quality Control Board*, 320 West 4th Street, Suite 200, Los Angeles, CA 90013, (213) 576-6600 | Custodian(s) of records to testify as to the preparation, retention, production and authenticity of records maintained by the Los Angeles Regional Water Quality Control Board. | 1.5 hrs | | |

OCCIDENTAL CHEMICAL CORPORATION'S AMENDED WITNESSES LIST

| | | |
|---|---|---|
| Elizabeth Spedding Calciano* c/o Gary A. Meyer, Esq. Parker, Milliken, Clark, O'Hara & Samuelian, 555 S. Flower Street, 30th Floor, Los Angeles, CA 90071, (213) 683-6500 | Ms. Calciano is a former attorney with O'Melveny & Myers. During the relevant time period Ms. Calciano was employed by O'Melveny & Myers at its Los Angeles office as an associate attorney and was part of the firm's legal team that represented Hooker (now Occidental) in connection with the sale of its Sliver Site terminal in 1979. Ms. Calciano may be called to provide testimony relating to that purchase and sale transaction and a related indemnification agreement. | 2 hrs |
| Custodians of Records for O'Melveny & Myers* 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, (213) 430-6000 | Custodian of records to testify as to the preparation, retention, production and authenticity of records maintained by O'Melveny & Myers. | 1.5 hrs |

DATED: February 2, 2023

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation

By:     /s/Gary A. Meyer
      GARY A. MEYER
      PEDRAM MAZGANI

Attorneys for Defendant, Counter-Claimant, Cross-claimant, Cross-Defendant and Third-Party Plaintiff Occidental Chemical Corporation, a New York Corporation

OCCIDENTAL CHEMICAL CORPORATION'S AMENDED WITNESSES LIST