UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 18-6754-MWF(RAOx)**                                  Dated: **February 13, 2023**

Title:        L.A. Terminals, Inc. -v- City of Los Angeles, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| Richard G. Montevideo | Brian A. Daluiso/Joshua N. Levine |
| Alexander P. Swanson | Gary A. Meyer/Sara P. Bell/Joel Meyer |
| | Stephen T. Erb/Travis H. Van Ligten |
| | Pedram F. Mazgani/Michael T. Ohira |
| | Robert C. Goodman/Jon-Erik Magnus |
| | Stephen T. Erb |

PROCEEDINGS:   **IN PERSON** PRETRIAL CONFERENCE (CT: 3-14-23) PHILLIPS 66 COMPANY'S MIL FOR AN ORDER EXCLUDING OPINION TESTIMONY BY OCCIDENTAL CHEMICAL CORPORATION'S EXPERT JOSEPH ODENCRANTZ [365]; CITY OF LOS ANGELES' MIL TO EXCLUDE, IN WHOLE OR IN PART, THE TESTIMONY OF JEFFREY V. DAGDIGIAN [377]; UNION PACIFIC RAILROAD COMPANY'S MIL: No. 1 TO EXCLUDE EVIDENCE OF CITY OF LOS ANGELES'S CONTRACTUAL INDEMNITY CLAIM [380]; NO. 2 TO EXCLUDE EVIDENCE OF UNION PACIFIC'S CLAIMS FOR BREACH AND CONTRACTUAL INDEMNITY AGAINST OLYMPIC CHEMICAL CORPORATION [385]; CITY OF LOS ANGELES' MIL TO EXCLUDE, IN WHOLE

Initials of Deputy Clerk  rs

:55 in

**OR IN PART, THE TESTIMONY OF RICHARD LANE WHITE [383]; PLAINTIFF L.A. TERMINALS, INC. AND SOCO WEST, INC.'S MIL TO EXCLUDE EVIDENCE OF THE CITY'S TIME-BARRED INDEMNIFICATION PROVISION [387]; OCCIDENTAL CHEMICAL CORPORATION'S MIL TO EXCLUDE TESTIMONY OF LAT'S RETAINED EXPERT JEFFREY DAGDIGIAN, PH.D [388]; PLAINTIFF L.A. TERMINALS, INC. AND SOCO WEST, INC.'S MIL TO EXCLUDE ERIC LITMAN AND CERTAIN OPINIONS OF GREGORY DOUGLAS [389]; PLAINTIFF L.A. TERMINALS, INC.'S MIL TO EXCLUDE CERTAIN OPINIONS AND STRIKE DEPOSITION ERRATA OF DR. JOSEPH ODENCRANTZ [390]**

Case called, and counsel make their appearance. The hearing is held.

The Court invites counsel to present their arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the motions under submission. An order will issue.

The Court and counsel discuss housekeeping issues with respect to trial. Trial remains set for March 14, 2023.

IT IS SO ORDERED.

Initials of Deputy Clerk  rs

:55 in