Richard Montevideo (State Bar No. 116051)
rmontevideo@rutan.com
Travis Van Ligten (State Bar No. 301715)
tvanligten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
L.A. TERMINALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CORPORATION, a New York corporation and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 2:18-CV-06754-MWF-PVC<br><br>Assigned for All Purposes to: Hon. Michael W. Fitzgerald<br><br>**STIPULATION BY ALL PARTIES TO CONTINUE TRIAL DATE TO MEMORIALIZE SIGNED SETTLEMENT TERM SHEET INTO FINAL CONSENT DECREE OR SETTLEMENT AGREEMENT AND TO OBTAIN SETTLEMENT WITH DEFENDANT PHILLIPS 66 CORPORATION**<br><br>Date Action Filed:  August 6, 2018<br><br>Final Pre-trial Conference: February 13, 2023<br><br>Trial Date:  March 14, 2023 |

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-1-

Case No. 2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR
CONTINUANCE OF TRIAL

This Stipulation is made and entered into by and between Plaintiff L.A. Terminals, Inc. ("Plaintiff" or "LAT"), Defendant Occidental Chemical Corporation ("Occidental"), Defendant City of Los Angeles ("City"), Defendant Union Pacific Railroad Company ("Union Pacific"), Third-Party Defendant Phillips 66 Company ("Phillips 66"), Third-Party Defendant Union Oil Company of California ("Union Oil"), Third-Party Defendant Olympic Chemical Corporation, and Third-Party Defendant Soco West, Inc. ("Soco West") (collectively, the "Parties") to request a continuance of the trial date in this action of approximately forty-five (45) days to sixty (60) days.  The continuance is requested in order to allow for Plaintiff and Defendants, along with Union Oil and Soco West ("Settling Parties"), to memorialize their signed Settlement Term Sheet into a formal Consent Decree or other Settlement Agreement, in a form acceptable to the Court to retain jurisdiction for enforcement purposes ("Settlement Agreement"), as well as to allow for additional time for the possible inclusion of Phillips 66 as a settling party in the Settlement Agreement;

WHEREAS, Plaintiff filed this action on August 6, 2018;

WHEREAS, on February 27, 2020, this Court issued a "Scheduling Order" scheduling the trial in this action to commence on March 14, 2023, at 8:30 a.m. (Dkt. # 291);

WHEREAS, the Court held a final pretrial conference in this action on February 13, 2023;

WHEREAS, on March 7, 2023, the Court scheduled a Telephone Status Conference for March 9, 2023, at 9:30 a.m., to discuss time parameters for trial (Dkt. # 446);

WHEREAS, under Federal Rule of Civil Procedure Rule 16(b)(4), the Court's Scheduling Order may be modified for "good cause";

WHEREAS, on February 15, 2023, this Court approved a motion for good faith determination filed by Intervenor Wausau General Insurance Company

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-2-

Case No.  2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR
CONTINUANCE OF TRIAL

intervening on behalf of Third Party Defendant, Ash Cross-Evans Corporation (Dkt. # 436).

WHEREAS, on March 7, 2023, Third-Party Defendant Olympic Chemical Corporation ("Olympic") submitted a Joint Stipulation for Order Determining Good Faith Settlement (Dkt. # 447), seeking approval from this Court of a settlement Olympic entered into with Defendants Occidental, Union Pacific and the City;

WHEREAS, the Settling Parties have reached a settlement on all principal terms, except for the monetary component involving the City, with all such principal terms being reflected in the Settling Parties' Settlement Term Sheet ("Term Sheet"). If the Term Sheet is memorialized and thereafter approved by the Court, such would result in a settlement among all parties and all claims, except those claims involving Phillips 66;

WHEREAS, through the efforts of Mediator Timothy Gallagher ("Mediator"), Phillips 66 continues to engage in ongoing settlement discussions with the Settling Parties, with the intent of resolving all claims brought by or pending against Phillips 66, through the inclusion of Phillips 66 in the Settlement Agreement;

WHEREAS, the Settling Parties and Phillips 66 assert that good cause exists for this stipulated continuance of the trial date for 45-60 days, for the following reasons: (1) through the continued and persistent efforts of the Mediator over the course of the past 60 days, the Settling Parties have reached a settlement in principle and each have signed the Term Sheet, setting forth all of the principal terms of an agreement to resolve the Settling Parties' respective claims against each other (excepting only the monetary component involving the City) (Mr. Gallagher's Declaration in support of this Joint Stipulation is being filed concurrently herewith); (2) additional time is necessary for the Term Sheet to be memorialized into a full Consent Decree or other Settlement Agreement, which must then be further approved by the Settling Parties' respective managements and/or boards, as well as

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-3-

Case No. 2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR
CONTINUANCE OF TRIAL

by the City of Los Angeles Board of Harbor Commissioners ("BHC"), with the BHC approval then being subject to review by the Los Angeles City Council at any of its next regularly scheduled five City Council meetings (which meets three times a week) (Los Angeles City Charter, § 245); (3) additional time is also necessary to finalize and document the necessary funding agreements with the involved insurance carriers; and (4) Phillips 66, the only remaining party in the case that has not yet arrived at an agreement on all principal terms of a settlement, has been heavily involved in the settlement/mediation process, and all Settling Parties are optimistic that over the course of the next approximately two weeks, an agreement can be reached with Phillips 66 as well, which would then result in a global Consent Decree or other Settlement Agreement, leaving no remaining unresolved claims in either this action or in the companion State Court Action (*City of Los Angeles v. L.A. Terminals, Inc. et. al*, LASC Case No. NC061591)[1];

WHEREAS, if this case proceeds to trial, the Parties will be expending considerable time and resources on trial in this matter, but would prefer to focus their time and resources on memorializing the Term Sheet into a final Consent Decree or Settlement Agreement;

WHEREAS, all Parties are joining in this Stipulation; there is no opposition to the requested continuance and the continuance is necessary for the Settling Parties to have sufficient time to fully document their settlement as set forth in the Term Sheet, and to allow sufficient time for a resolution of the outstanding issues involving Phillips 66;

WHEREAS, a continuance would serve to conserve judicial resources;

WHEREAS, no prior trial continuances have been granted, and this request for the trial continuance is being made in accordance with the requirements of Local Rule 40-1;

---

[1] In addition, one of Union Pacific's trial counsels is scheduled to be out of state in late April to care for an immediate family member following a non-elective surgery scheduled for April 28, 2023 at MD Anderson in Houston.

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-4-

Case No. 2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR
CONTINUANCE OF TRIAL

1   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through the undersigned counsel, that good cause exists for this Court to continue the March 14, 2023 trial date in this action by forty-five (45) to sixty (60) days, or as soon thereafter as the Court determines appropriate.

**IT IS SO STIPULATED.**

RUTAN & TUCKER, LLP

Dated: March 8, 2023

By: /s/ Richard Montevideo
Richard Montevideo
Travis H. Van Ligten
Attorneys for L.A. Terminals, Inc. and Soco West, Inc.

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN

Dated: March 8, 2023

By: /s/ Gary A. Meyer
Gary A. Meyer
Pedram Mazgani
Attorneys for Occidental Chemical Corporation

MICHAEL N. FEUER, City Attorney
Steven Y. Otera, General Counsel
Kenneth F. Mattfeld, Assistant
Janet L. Karkanen, Deputy
Brian A. Daluiso, Deputy

Dated: March 8, 2023

By: /s/ Brian A. Daluiso
Brian A. Daluiso
Attorneys for The City of Los Angeles, acting by and through its Board of Harbor Commissioners

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-5-

Case No. 2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR CONTINUANCE OF TRIAL

BOOTH LLP

Dated:  March 8, 2023

By: /s/ Joshua N. Levine
    Joshua N. Levine
    Attorneys for The City of Los Angeles

FARELLA BRAUN + MARTEL LLP

Dated:  March 8, 2023

By: /s/ Sarah Peterman Bell
    Sarah Peterman Bell
    R. Christopher Locke
    Linda Sobczynski
    Attorneys for Union Pacific Railroad Company

BARNES AND THORNBURG LLP

Dated:  March 8, 2023

By: /s/ Joel R. Meyer
    David C. Allen
    Joel R. Meyer
    Joseph M. Wahl
    Attorneys for Olympic Chemical Corporation

STEPHEN THOMAS ERB, APC

Dated:  March 8, 2023

By: /s/ Stephen T. Erb
    Stephen T. Erb
    Attorneys for Phillips 66 Company

ROGERS JOSEPH O'DONNELL

DATED: March 8, 2023

By: /s/ Robert C. Goodman
    Robert C. Goodman
    Jon-Erik W. Magnus
    Attorneys for Union Oil Company Of California

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-6-

Case No.  2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR
CONTINUANCE OF TRIAL

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the other signatories listed on whose behalf this filing is submitted, concurring in the filing's content and have authorized the filing.

DATED: March 8, 2023

By: /s/ Richard Montevideo
Richard Montevideo
Attorneys for L.A. Terminals, Inc. and Soco West, Inc.

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904126.3 a03/08/23

-7-

Case No.  2:18-CV-06754-MWF-PVC
PARTIES' STIPULATION FOR
CONTINUANCE OF TRIAL