Richard Montevideo (State Bar No. 116051)
rmontevideo@rutan.com
Travis Van Ligten (State Bar No. 301715)
tvanligten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
L.A. TERMINALS, INC. and
Third-Party Defendant SOCO WEST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.A. TERMINALS, INC., a California corporation,

Plaintiff,

vs.

CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CORPORATION, a New York corporation and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,

Defendant.

AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS.

Case No. 2:18-CV-06754-MWF-PVC

Assigned for All Purposes to: Hon. Michael W. Fitzgerald

**DECLARATION OF TIMOTHY GALLAGHER IN SUPPORT OF PARTIES' STIPULATION TO CONTINUE TRIAL DATE**

Date Action Filed: August 6, 2018

Final Pre-trial Conference: February 13, 2023

Trial Date: March 14, 2023

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904581.2 a03/08/23

-1-

Case No. 2:18-CV-06754-MWF-PVC
DECL OF TIMOTHY GALLAGHER ISO STIPULATION TO CONTINUE TRIAL DATE

**DECLARATION OF TIMOTHY GALLAGHER**

I, Timothy Gallagher hereby declare as follows:

1. I am an attorney at law with over 30 years of experience. I am a principal of The Gallagher Law Group PC. I primarily practice as a private mediator and specialize in complex environmental and insurance litigations. Since 2019, I have served as a mediator in this action and the parallel action pending in Los Angeles Superior Court involving the same parties, *City of Los Angeles v. L.A. Terminals, Inc. et. al*, LASC Case No. NC061591 ("State Court Action"). I am very familiar with the parties and their counsel and with the facts of this case.

2. Since the beginning of the year I have presided over more than 15 mediation sessions involving some or all of the parties to this action, and have also had direct communications with the parties, their principals and their insurers. The most recent mediation sessions were conducted remotely on March 1st, 3rd, 5th, 6th and 8th. In the event a continuance of the trial is granted by the Court, I have also scheduled two additional mediation sessions for March 14 and March 22, 2023. I can thus represent to the Court that the parties have been acting with due diligence and in good faith to fully and finally resolve all of the outstanding claims pending against them.

3. As a result of these recent mediation sessions and related settlement discussions between the parties and myself, a settlement in principle has been reached by and between Plaintiff L.A. Terminals, Inc. ("Plaintiff" or "LAT"), Defendant Occidental Chemical Corporation ("Occidental"), Defendant City of Los Angeles ("City"), Defendant Union Pacific Railroad Company ("Union Pacific"), Third-Party Defendant Union Oil Company of California ("Union Oil"), and Third-Party Defendant Soco West, Inc. ("Soco West") (collectively, the "Settling Parties"), on all principal terms, except for the monetary component involving the City. This settlement in principle has been documented in a detailed Settlement Term Sheet ("Term Sheet") that has been signed by representatives of all the

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
18904581.2 a03/08/23

-2-

Case No. 2:18-CV-06754-MWF-PVC
DECL OF TIMOTHY GALLAGHER ISO
STIPULATION TO CONTINUE TRIAL DATE

Settling Parties, including in some instances by officers of certain Settling Parties.

4. Although a significant amount of effort was expended by all the Settling Parties in reaching agreement on the principal terms as reflected by the Term Sheet, I anticipate that an additional forty-five (45) days at least will be needed to fully document the Term Sheet into a binding Settlement Agreement, and to finalize the negotiation over the monetary amount involving the City, as well as to obtain all necessary approvals of the final agreement itself by the Settling Parties, and to negotiate and finalize the necessary funding agreements with the involved insurance carriers.

5. With the settlement by the Settling Parties, as well as the prior two recent settlements with Intervenor Wausau General Insurance Company intervening on behalf of Third Party Defendant, Ash Cross-Evans Corporation, and Third-Party Defendant Olympic Chemical Corporation ("Olympic"), the only remaining claims in this action and the State Court Action that remain to be resolve concern Third-Party Defendant Phillips 66 Company ("Phillips 66"). However, Phillips 66 has been heavily involved in the settlement process, and I feel confident that with a 45 to 60 day extension of the trial date, that any remaining issues between Phillips 66 and the other parties can be resolved, so that the final Consent Decree/Settlement Agreement between the Settling Parties can easily be expanded to address all of the claims by or against Phillips 66 in this action and in the State Court Action. In fact, most of the substantive terms for a settlement with Phillips 66 have already been negotiated and agreed to.

6. I therefore fully support the Parties' Stipulation To Continue the Trial Date for approximately 45 to 60 days, and believe that such additional time will, at a minimum, allow the Settling Parties time to finalize their settlement based on the Term Sheet, and further likely result in Phillips 66 being brought in to this settlement, resulting in a global settlement amongst all the parties.

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2023, in Los Angeles, California.

*/s/ Timothy Gallagher*
TIMOTHY GALLAGHER

Rutan & Tucker, LLP
*attorneys at law*

2590/021204-0021
18904581.2 a03/08/23

-4-

Case No. 2:18-CV-06754-MWF-PVC
DECL OF TIMOTHY GALLAGHER ISO STIPULATION TO CONTINUE TRIAL DATE