Richard Montevideo (State Bar No. 116051)
rmontevideo@rutan.com
Travis Van Ligten (State Bar No. 301715)
tvanligten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
L.A. TERMINALS, INC. and
Third Party Defendant
SOCO WEST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 2:18-CV-06754-MWF-PVC<br><br>*Assigned for All Purposes to: Hon. Michael W. Fitzgerald*<br><br>**PLAINTIFF L. A. TERMINALS, INC.'S STATUS REPORT REGARDING PENDENCY OF BANKRUPTCY PROCEEDINGS**<br><br>Date Action Filed: August 6, 2018<br>Trial Date:           None Set |

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
19427210.1 a07/26/23

-1-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S STATUS REPORT RE
BANKRUPTCY

1  Counsel for Plaintiff L.A. Terminals, Inc. ("Plaintiff") hereby submits the
2  following status report of the pendency of the bankruptcy petitions filed by both
3  Plaintiff and by Third Party Defendant Soco West, Inc. ("Soco West").

4  On April 26, 2023 (the "Petition Date"), Plaintiff, Soco West and two other
5  affiliated entities known as Whittaker, Clark & Daniels, Inc. and Brilliant National
6  Services, Inc. (collectively, the "Debtors"), each filed a voluntary petition for relief
7  under chapter 11 of the Bankruptcy Code. The Debtors are currently operating their
8  businesses and managing their assets as debtors in possession pursuant to sections
9  1107(a) and 1108 of the Bankruptcy Code.

10  On May 8, 2023, the Bankruptcy Court entered an order [Bankruptcy Docket
11  No. 72] authorizing procedural consolidation and joint administration of these
12  chapter 11 cases pursuant to Bankruptcy Rule 1015(b), under the caption: In re
13  Whittaker, Clark & Daniels, Inc., No. 23-13575 (Bankr. D.N.J. Apr. 26, 2023 –
14  hereafter).

15  On May 24, 2023, the United States Trustee for the District of New Jersey
16  appointed an official committee of talc claimants pursuant to section 1102(a)(1) of
17  the Bankruptcy Code (the "Committee") [Bankruptcy Docket No. 121]. On June
18  26, 2023, the Bankruptcy Court entered an order [Bankruptcy Docket No. 231]
19  appointing the honorable Shelley C. Chapman (ret.) as future claimants
20  representative ("FCR").

21  Since the Petition Date, the Debtors have: (a) obtained limited first-day relief
22  to allow the Debtors to administer the chapter 11 cases; (b) responded to and
23  successfully opposed motions to dismiss the Whittaker, Clark & Daniels, Inc.
24  chapter 11 case; (c) filed retention applications and obtained orders retaining certain
25  professionals; (d) engaged with the Committee regarding time-intensive information
26  and document requests; (e) filed their schedules of assets and liabilities and
27  statements of financial affairs; (f) held their section 341 meeting of creditors;
28  (g) sought and litigated the appointment of the FCR; and (h) facilitated diligence

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
19427210.1 a07/26/23

-2-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S STATUS REPORT RE
BANKRUPTCY

requests to both the Committee and the FCR.

The Debtors' primary goal in the chapter 11 cases is to confirm a plan of reorganization using the tools available to the Debtors under the Bankruptcy Code to achieve resolution of all valid tort and environmental claims that have or may be asserted against the Debtors, in order to ensure an equitable and efficient distribution to all holders of valid claims.

In this action, prior to filing their voluntary bankruptcy petitions, Plaintiff and Soco West had negotiated a proposed Consent Decree with Defendant Occidental Chemical Corporation ("Occidental") and Third Party Defendant Union Oil Company of California ("Union Oil"), which Consent Decree would have resolved all pending claims amongst and between said parties, and with all other remaining parties in this action agreeing to stipulate to dismiss all other claims pending in this action against Plaintiff and Soco West, against each other, and against Occidental and Union Oil, without prejudice, thereby fully resolving the current action.

Plaintiff's Counsel anticipates that once matters further progress in the bankruptcy proceedings, that settlement negotiations will recommence with the other parties in this action, consistent with the Consent Decree terms previously negotiated with Occidental and Union Oil, toward the end of again fully resolving the action.

Dated: July 26, 2023

RUTAN & TUCKER, LLP

By: /s/ Richard Montevideo
Richard Montevideo
Attorneys for Plaintiff
L.A. TERMINALS, INC.

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
19427210.1 a07/26/23

-3-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S STATUS REPORT RE
BANKRUPTCY