1  Richard Montevideo (State Bar No. 116051)
   rmontevideo@rutan.com
2  Travis Van Ligten (State Bar No. 301715)
   tvanligten@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, CA  92612
   Telephone:  714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Plaintiff
   L.A. TERMINALS, INC. and
7  Third Party Defendant
   SOCO WEST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CORPORATION, a New York corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>　　　　　Defendants. | Case No. 2:18-CV-06754-MWF-PVC<br><br>*Assigned for All Purposes to:  Hon. Michael W. Fitzgerald*<br><br>**PLAINTIFF L. A. TERMINALS, INC.'S THIRD STATUS REPORT REGARDING PENDENCY OF BANKRUPTCY PROCEEDINGS**<br><br>Date Action Filed: August 6, 2018<br>Trial Date:  None Set. |
| AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | |

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
20145580.2 a01/23/24

-1-

Case No.  2:18-CV-06754-MWF-
PLAINTIFF'S THIRD STATUS REPORT RE
BANKRUPTCY

Counsel for Plaintiff L.A. Terminals, Inc. ("Plaintiff" or "LAT") hereby submits this Third Status Report of the pendency of the bankruptcy petitions filed by Plaintiff and by Third Party Defendant Soco West, Inc. ("Soco West").

Since Plaintiff's second post-petition bankruptcy Status Report filed with this Court on October 26, 2023, the following is a summary of the significant developments in the bankruptcy proceedings involving Plaintiff, Soco West and two other affiliated entities known as Whittaker, Clark & Daniels, Inc. and Brilliant National Services, Inc. (collectively, the "Debtors"), that occurred over the past ninety days (90):

(a) The Debtors filed their appellee's brief [App. Docket No. 22] in the District of New Jersey, on the appeal of the order denying the motion to dismiss the chapter 11 case of Debtor Whittaker, Clark & Daniels, Inc., App. Case Nos. 23-cv-04156-ZNQ and 23-cv-04151 ZNQ; (b) the Bankruptcy Court entered a mediation order [Docket No. 654], which was subsequently amended [Docket No. 762], appointing Hon. Robert E. Gerber (Ret.) as mediator and directing the parties to mediate certain matters related to the adversary proceeding, a chapter 11 plan, and confirmation of such chapter 11 plan; (c) counsel for the mediation parties and the mediator participated in the first formal mediation session, and the mediation process remains ongoing; (d) a hearing regarding the motion for summary judgment in the adversary proceeding took place, and an order is being withheld until at least January 31, 2024; and (e) as part of the adversary proceeding, the Bankruptcy Court granted the Debtors a temporary restraining order to enjoin certain successor liability actions [Adv. Pro. Docket No. 89], which restraining order has been extended multiple times through February 5, 2024 [Adv. Pro. Docket Nos. 118, 124 (bridge order); 129 (amended bridge order)].

The Debtors' primary goal in the chapter 11 cases is to confirm a plan of reorganization using the tools available to the Debtors under the Bankruptcy Code to achieve resolution of all valid tort and environmental claims that have or may be

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
20145580.2 a01/23/24

-2-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S THIRD STATUS REPORT RE BANKRUPTCY

asserted against the Debtors, in order to ensure an equitable and efficient distribution to all holders of valid claims.

      As to this action, over the past ninety (90) days and since Plaintiff's Counsel had obtained authorization from the Plaintiff LAT (the debtor in possession) to recommence settlement discussions and engage in mediation with the remaining parties in the action, separate and apart from the mediation proceedings that are ongoing in the bankruptcy proceedings, Plaintiff's Counsel has been in contact with the mediator in this case and has participated in a number of settlement calls and exchanged various Consent Decree drafts in this case, in an effort to fully resolve all remaining pending claims involving LAT.  Although certain issues remain to be resolved, Plaintiff's Counsel is continuing to seek a final resolution of all claims involving the Plaintiff, both in this action and in the companion Los Angeles Superior Court State Court action, *City of Los Angeles v. L.A. Terminals, Inc. et. al.*, LASC Case No. NC061591, and remains hopeful such a resolution can be reached in the near future.

Dated:  January 23, 2024

RUTAN & TUCKER, LLP

By: /s/ Richard Montevideo
Richard Montevideo
Attorneys for Plaintiff
L.A. TERMINALS, INC.

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
20145580.2 a01/23/24

-3-

Case No.  2:18-CV-06754-MWF-
PLAINTIFF'S THIRD STATUS REPORT RE BANKRUPTCY