1  Richard Montevideo (State Bar No. 116051)
   rmontevideo@rutan.com
2  Travis Van Ligten (State Bar No. 301715)
   tvanligten@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, CA  92612
   Telephone:  714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Plaintiff
   L.A. TERMINALS, INC. and
7  Third Party Defendant
   SOCO WEST, INC.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | L.A. TERMINALS, INC., a California | Case No. 2:18-CV-06754-MWF-PVC
12 | corporation, |
   | | *Assigned for All Purposes to:  Hon.*
13 |         Plaintiff, | *Michael W. Fitzgerald*
14 |     vs. | **PLAINTIFF L. A. TERMINALS,**
   | | **INC.'S FIFTH STATUS REPORT**
15 | CITY OF LOS ANGELES, a Municipal | **REGARDING PENDENCY OF**
   | corporation, and OCCIDENTAL | **BANKRUPTCY PROCEEDINGS**
16 | CORPORATION, a New York |
   | corporation, and UNION PACIFIC |
17 | RAILROAD COMPANY, a Delaware | Date Action Filed: August 6, 2018
   | Corporation, | Trial Date:  None Set.
18 | |
   |         Defendants. |
19

20 | AND RELATED COUNTERCLAIMS,
21 | CROSSCLAIMS AND THIRD-PARTY
   | COMPLAINTS.
22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
20853552.2 a07/22/24                    -1-

Case No.  2:18-CV-06754-MWF-
PLAINTIFF'S FIFTH  STATUS REPORT RE
BANKRUPTCY

1          Counsel for Plaintiff L.A. Terminals, Inc. ("Plaintiff" or "LAT") hereby

2    submits this Fifth Status Report of the pendency of the bankruptcy petitions filed by

3    Plaintiff and by Third Party Defendant Soco West, Inc. ("Soco West").

4          Since Plaintiff's fourth post-petition bankruptcy Status Report filed with this

5    Court on April 25, 2024, the following is a summary of the significant developments

6    in the bankruptcy proceedings involving Plaintiff, Soco West and two other

7    affiliated entities known as Whittaker, Clark & Daniels, Inc. and Brilliant National

8    Services, Inc. (collectively, the "Debtors"), that occurred over the past ninety (90)

9    days, and of the status of the settlement discussions in this action:

10          (a) The Debtors filed their fourth motion to extend their exclusivity periods

11    for filing and soliciting acceptances of a chapter 11 plan [Docket No. 1024], which

12    motion was heard on June 17, 2024, and with the Bankruptcy Court granting the

13    motion and entering an order extending such exclusivity periods through October

14    28, 2024, and December 26, 2024, respectively [Docket No. 1193]; (b) the

15    Bankruptcy Court-ordered mediation process [Docket Nos. 654; 762] has continued

16    and remains ongoing; (c) the parties to the mediation process have stipulated to

17    having the Bankruptcy Court continue to withhold  its decision on the summary

18    judgment motion in the pending adversary proceeding [Docket No. 1059], and with

19    the Bankruptcy Court requesting additional briefing on certain legal issues involving

20    the motion, with such briefs [Docket No. 1195; Adv. Proc. Docket Nos. 232–33]

21    and responses [Docket No.1222; Adv. Proc Docket Nos. 241–42] having been filed

22    on July 1, 2024, and July 15, 2024, respectively; (d) as part of the adversary

23    proceeding, the Bankruptcy Court granted the Debtors a temporary restraining order

24    to enjoin certain successor liability actions from moving forward [Adv. Pro. Docket

25    No. 89], which restraining order has been extended multiple times, with the latest

26    through August 16, 2024 [Adv. Pro. Docket Nos. 118, 124 (bridge order); 129

27    (amended bridge order); 147; 157, 190, 208 (modification of order), 210, 226, 236

28    (modification of order), 250]; and (e) the United States District Court for the District

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
20853552.2 a07/22/24

-2-

Case No . 2:18-CV-06754-MWF-
PLAINTIFF'S FIFTH  STATUS REPORT RE
BANKRUPTCY

1   of New Jersey issued an opinion and entered an order denying the South Carolina

2   receiver's and tort claimants' committee's appeals of the Bankruptcy Court's order

3   denying the motion to dismiss the bankruptcy case of Whittaker, Clark & Daniels,

4   Inc. [Docket No. 1101]; the South Carolina receiver and tort claimants' committee

5   have appealed that decision to the United States Circuit Court of Appeals for the

6   Third Circuit [Docket Nos. 1196–97].

7        The Debtors' primary goal in the chapter 11 cases is to confirm a chapter 11

8   plan using the tools available to the Debtors under the Bankruptcy Code to achieve

9   resolution of all valid tort and environmental claims that have or may be asserted

10  against the Debtors, in order to ensure an equitable and efficient distribution to all

11  holders of valid claims.

12       (b) As indicated in Plaintiff's Fourth Status Report Re: Bankruptcy, Plaintiff's

13  Counsel has reached agreement on the final terms of a Proposed Consent Decree

14  ("Consent Decree") by and between Plaintiff, Occidental Chemical Company

15  ("Occidental") and Union Oil Company of California ("Union Oil"), and on a

16  Stipulation among all parties to this case stipulating to entry of this Consent Decree

17  ("Stipulation"), as well as on the terms of a Separate Settlement Agreement ("SS

18  Agreement") by and between Plaintiff and Soco West on the one hand, and

19  Defendants City of Los Angeles ("City"), Phillips 66 Company ("Phillips 66") and

20  Union Pacific Railroad Company ("Union Pacific"), on the other hand.

21       However, the agreed-upon settlement terms in the Consent Decree and in the

22  SS Agreement, are conditional and subject to Plaintiff LAT reaching a separate

23  agreement with the California Regional Water Quality Control Board, Los Angeles

24  Region ("Regional Water Board"), of the Regional Water Board's claims against

25  LAT under Regional Water Board Cleanup and Abatement Order No. R4-2022-

26  0139.  Over the course of the past ninety (90) days, Plaintiff has worked with

27  Counsel for Occidental and the Regional Water Board's Counsels on a "Comfort

28  Letter" that, if issued by the Regional Water Board, would effectively resolve the

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
20853552.2 a07/22/24

-3-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S FIFTH  STATUS REPORT RE
BANKRUPTCY

1   Regional Water Board's claim against Plaintiff LAT, and thereby allow the

2   Proposed Consent Decree and the SS Agreement to go forward.  Plaintiff remains

3   hopeful any issues involving the terms of the "Comfort Letter" will be resolved

4   within the next 90 days.

5          Finally, and as indicated in Plaintiff's last Status Report, the Consent Decree,

6   the SS Agreement and any agreement with the Regional Water Board, would all be

7   subject to review and approval by the Bankruptcy Court, and the Consent Decree is

8   subject to review and approval by this Court, with none of the three agreements

9   becoming effective unless and until the Bankruptcy Court approves all such

10  settlements, and unless and until this Court approves the Proposed Consent Decree.

11  If Bankruptcy Court approval is obtained on the various settlement agreements, and

12  this Court approves the terms of the Consent Decree (per the Parties' Stipulation),

13  such agreements and approvals will fully and finally resolve all claims involving

14  Plaintiff LAT and Soco West both in this action and in the State Court Action (*City*

15  *of Los Angeles v. L.A. Terminals, Inc. et. al*., LASC Case No. NC061591), and will

16  result in a complete resolution of all current claims pending in this action amongst

17  all other parties (through dismissals with or without prejudice).

18                                         Respectfully submitted,

19

20  Dated:  July 22, 2024                  RUTAN & TUCKER, LLP

21

22                                         By: _____

23                                              Richard Montevideo
                                                Attorneys for Plaintiff
24                                              L.A. TERMINALS, INC.

25

26

27

28

Rutan & Tucker, LLP
*attorneys at law*

2590/021204-0021
20853552.2 a07/22/24

-4-

Case No.  2:18-CV-06754-MWF-
PLAINTIFF'S FIFTH  STATUS REPORT RE
BANKRUPTCY