

1  Richard Montevideo (State Bar No. 116051)
   rmontevideo@rutan.com
2  Travis Van Ligten (State Bar No. 301715)
   tvanligten@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, CA  92612
   Telephone:  714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Plaintiff
   L.A. TERMINALS, INC. and
7  Third Party Defendant
   SOCO WEST, INC.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  L.A. TERMINALS, INC., a California        Case No. 2:18-CV-06754-MWF-PVC
12  corporation,
                                              *Assigned for All Purposes to:  Hon.*
13            Plaintiff,                      *Michael W. Fitzgerald*

14      vs.                                   **PLAINTIFF L. A. TERMINALS,
                                              INC.'S SEVENTH STATUS REPORT
15  CITY OF LOS ANGELES, a Municipal          REGARDING PENDENCY OF
    corporation, and OCCIDENTAL              BANKRUPTCY PROCEEDINGS**
16  CORPORATION, a New York
    corporation, and UNION PACIFIC            Date Action Filed: August 6, 2018
17  RAILROAD COMPANY, a Delaware              Trial Date:  None Set.
    Corporation,
18
              Defendants.
19

20  ————————————————————
    AND RELATED COUNTERCLAIMS,
21  CROSSCLAIMS AND THIRD-PARTY
    COMPLAINTS.
22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
21742136.1 a01/29/25              -1-

Case No.  2:18-CV-06754-MWF-
PLAINTIFF'S SEVENTH STATUS REPORT
RE BANKRUPTCY

Counsel for Plaintiff L.A. Terminals, Inc. ("Plaintiff" or "LAT") hereby submits this Seventh Status Report of the pendency of the bankruptcy petitions filed by Plaintiff and by Third Party Defendant Soco West, Inc. ("Soco West").

Since Plaintiff's Sixth post-petition bankruptcy Status Report filed with this Court on October 15, 2024, the following is a summary of the significant developments in the bankruptcy proceedings involving Plaintiff, Soco West and two other affiliated entities known as Whittaker, Clark & Daniels, Inc. and Brilliant National Services, Inc. (collectively, the "Debtors"), that have occurred over the past ninety (90) days, and of the status of the settlement discussions in this action:

(a) On October 28, 2024, the Debtors filed a chapter 11 plan (the "Plan") [Docket No. 1468], disclosure statement [Docket No. 1469], and a motion related thereto seeking to establish certain dates and deadlines related to confirmation of the Plan [Docket No. 1470]; (b) on October 31, 2024, the Debtors filed a motion to establish certain dates and deadlines by which creditors must submit proofs of claim against the Debtors in the bankruptcy cases [Docket No. 1479]; (c) on November 26, 2024, the Bankruptcy Court entered an amended order extending certain litigation and discovery dates and deadlines in connection with certain motions related to the Debtors' proposed settlement of certain estate claims and causes of action and certain parties' in interest request for derivative standing to pursue such claims pending before the Bankruptcy Court [Docket No. 1536], including adjourning consideration of the relief sought in such motions until the week of February 10, 2025; (d) on December 16, 2024, the Bankruptcy Court entered an agreed-upon order approving a stipulation regarding continued mediation efforts on certain contested matters in the bankruptcy cases [Docket No. 1586]; on December 17, 2024, the Bankruptcy Court entered an order establishing March 26, 2025 and certain other dates and deadlines by which certain parties in interest must file proofs of claim in the bankruptcy cases [Docket No. 1588], and adjourned consideration of similar relief for other parties in interest until March 18, 2025 [Docket No. 1690];

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
21742136.1 a01/29/25

-2-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S SEVENTH STATUS REPORT
RE BANKRUPTCY

(e) on December 20, 2024, the Debtors filed a motion seeking to extend the time within which the Debtors may remove civil actions [Docket No. 1598], and the Bankruptcy Court subsequently entered an order granting such relief on January 16, 2025 [Docket No. 1639]; (f) on January 24, 2025, the Bankruptcy Court adjourned the consideration of the settlement and standing motions from the week of February 10, 2025 to the week of March 3, 2025 [Docket No. 1673]; and (g) the Debtors are continuing to engage in ongoing mediation efforts with certain parties in interest pursuant to the Bankruptcy Court's order.

(b) As indicated in Plaintiff's prior Status Reports Re: Bankruptcy, Plaintiff has reached agreement on the final terms of a Proposed Consent Decree ("Consent Decree") by and between Plaintiff, Soco West, Occidental Chemical Company ("Occidental") and Union Oil Company of California ("Union Oil"), and on a Stipulation among all parties to this case ("Parties"), stipulating to entry of the Proposed Consent Decree ("Stipulation"), as well as on the terms of a Separate Settlement Agreement ("SS Agreement") by and between Plaintiff and Soco West on the one hand, and Defendants City of Los Angeles ("City"), Phillips 66 Company ("Phillips 66") and Union Pacific Railroad Company ("Union Pacific"), on the other hand.

Since the filing of Plaintiff's Sixth Status Report, with the exception of Plaintiff and Soco West (whose signatures are pending subject to Bankruptcy Court approval of the settlements), all Parties in this action have executed all of the settlement documents. Further, Plaintiff and Soco West's bankruptcy counsel are currently preparing a motion seeking Bankruptcy Court approval of the settlements in this action, which motion is expected to be filed in the near future. If Bankruptcy Court approval of the settlements is obtained, the Parties in this action, per the Parties' stipulation (the terms of which have already been agreed upon), will then seek approval and entry of the Proposed Consent Decree by this Court.

If the Consent Decree is approved by this Court, its approval, per the express

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
21742136.1 a01/29/25

-3-

Case No. 2:18-CV-06754-MWF-
PLAINTIFF'S SEVENTH STATUS REPORT
RE BANKRUPTCY

1  terms of the Consent Decree and the SS Agreement, will fully and finally resolve all

2  claims involving Plaintiff LAT and Soco West both in this action and in the State

3  Court Action (*City of Los Angeles v. L.A. Terminals, Inc. et. al.*, LASC Case No.

4  NC061591), and will result in a complete resolution of all current claims pending in

5  this action amongst all other Parties (through dismissals with or without prejudice).

6                                              Respectfully submitted,

7  Dated:  January 29, 2025                    RUTAN & TUCKER, LLP

8

9                                         By: _____

10                                             Richard Montevideo
                                               Attorneys for Plaintiff
11                                             L.A. TERMINALS, INC.

Rutan & Tucker, LLP
*attorneys at law*

2590/021204-0021
21742136.1 a01/29/25                    -4-

Case No.  2:18-CV-06754-MWF-
PLAINTIFF'S SEVENTH STATUS REPORT
RE BANKRUPTCY