Richard Montevideo (State Bar No. 116051)
rmontevideo@rutan.com
Travis Van Ligten (State Bar No. 301715)
tvanligten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Plaintiff
L.A. TERMINALS, INC. and
Third-Party Defendant
SOCO WEST. INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC., a California corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal corporation, and OCCIDENTAL CORPORATION, a New York corporation and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>     Defendant.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 2:18-CV-06754-MWF-PVC<br><br>Assigned for All Purposes to: Hon. Michael W. Fitzgerald<br><br>**PLAINTIFF L.A. TERMINALS, INC.'S NOTICE OF LODGING OF CONSENT DECREE**<br><br>Date Action Filed:  August 6, 2018<br>Trial Date:  None Set |

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
19080445.1 a04/04/25

-1-

Case No.  2:18-CV-06754-MWF-PVC
PLAINTIFF'S NOTICE OF LODGING OF CONSENT DECREE

1  Pursuant to Local Rule 5-4.4, and in conjunction with the Parties'
2  STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE filed
3  simultaneously herewith ("Stipulation"), Plaintiff L.A. Terminals, Inc. hereby
4  lodges, by this Notice of Lodging, the [Proposed] Consent Decree attached as
5  Exhibit A to the Stipulation and as **Exhibit A** hereto, for this Court's consideration.

Dated: April 4, 2025                    RUTAN & TUCKER, LLP


By: _____
Richard Montevideo
Attorneys for Plaintiff
L.A. TERMINALS, INC.

Rutan & Tucker, LLP
attorneys at law

2590/021204-0021
19080445.1 a04/04/25

-2-

Case No. 2:18-CV-06754-MWF-PVC
PLAINTIFF'S NOTICE OF LODGING OF
CONSENT DECREE